FILED

2026 May-28  PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No: 2:26-MJ-268-JHE** |
| | ) | |
| **KATHERINE GRACE JOINER** | ) | |

### NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Mia Gettenberg, Assistant Federal Public Defender for the Northern District of Alabama, and enters her notice on behalf of Defendant, Katherine Grace Joiner, in the above-styled case.

This 28th day of May, 2026.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/Mia Gettenberg**

Mia Gettenberg
Assistant Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Mia_Gettenberg@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/Mia Gettenberg**