FILED
2026 Jun-11 PM 12:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**In the United States District Court
For the Northern District of Alabama
Southern Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:26-mj-00268-JHE** |
| | ) | |
| **Katherine Grace Joiner** | ) | |

## Motion to File Exhibits Under Seal and Supplemental Proffer

Katherine Grace Joiner, through counsel, respectfully moves for leave to file under seal certain exhibits relevant to pretrial release. *See* Doc. 8. The proposed exhibits contain sensitive health information that the undersigned, in good faith, does not believe should be made part of the public docket in this matter.

In addition, counsel respectfully proffers the following based on the undersigned's independent review of Ms. Joiner's medical records: Throughout a 10-day stay at the Baptist Health Shelby Hospital, Ms. Joiner was compliant with her prescribed medications. By the end of her admission period, medical staff reported her being "very interactive" with others on the unit, "participating in group therapy [in a] very meaningful way with good motivation and focus," and "rating depression and anxiety as a 0/10 with nursing staff." The defense asks the Court to consider this proffer in conjunction with the other exhibits to be filed under seal.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/Mia Gettenberg**
MIA GETTENBERG
Assistant Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
Mia_Gettenberg@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system.

Respectfully submitted,

**/s/Mia Gettenberg**
MIA GETTENBERG
Assistant Federal Public Defender