**FILED**
2026 Jun–29  AM 09:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# U.S. District Court
## Northern District of Alabama (Southern)
## CRIMINAL DOCKET FOR CASE #: <u>2:26–mj–00268–JHE</u>–1
### *Internal Use Only*

Case title: USA v. Joiner                                  Date Filed: 05/28/2026

Other court case number:  3:26–mj–31–RP–2 USDC ND of MS

Assigned to: Magistrate Judge
John H England, III

**Defendant (1)**

| | | |
|---|---|---|
| **Katherine Grace Joiner** | represented by | **Kevin L Butler** |

FEDERAL PUBLIC DEFENDER
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, AL 35203
205–208–7170
Email: ALNFD_Notice@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Mia Gettenberg**
Federal Public Defender's Office
Northern District of Alabama
505 20th Street N, Suite 1425
Birmingham, AL 35203
205–208–7170
Email: mia_gettenberg@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

1

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:875C.F | |

---

**Plaintiff**

USA                                                    represented by **Phillip W. Williams Jr., US Attorney**
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203–2101
244–2001
Email: Caseview.ecf@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation**
UNITED STATES PROBATION OFFICE
Robert Vance Bldg.
1800 5th Avenue North
Birmingham, AL 35203
205–716–2900
Email: alnpdb_cmecf@alnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**USM**
UNITED STATES MARSHAL
Hugo Black Courthouse, Room 240
1729 5th Avenue North
Birmingham, AL 35203
205–731–1712
Email: usms–aln–courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William Lee Gilmer**
United States Attorney's Office for ND/AL
1801 4th Ave. N., Ste 315
Birmingham, AL 35203
205–244–2215
Email: lee.gilmer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2026 | | Arrest (Rule 40) of Katherine Grace Joiner (Complaint out of ND of MS) (BST) (Entered: 05/28/2026) |
| 05/28/2026 | 1 | RULE 40 COMPLAINT by USA as to Katherine Grace Joiner; Northern District of Mississippi complaint. (BST) (Entered: 05/28/2026) |
| 05/28/2026 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Katherine Grace Joiner. Signed by Magistrate Judge John H England, III on 5/28/2026. (BST) (Entered: 05/28/2026) |
| 05/28/2026 | | Minute Entry for proceedings held before Magistrate Judge John H England, III:Initial Appearance in Rule 5(c)(3) Proceedings as to Katherine Grace Joiner held on 5/28/2026; dft present and deemed eligible for court appointed counsel, FPD (Gettenberg) present and appointed; AUSA Gilmer and USPO Williams also present; charges and rights explained; gov't requested detention; dft remanded to USM. (Court Reporter None.) (BST, ) (Entered: 05/28/2026) |
| 05/28/2026 | 3 | TEXT ORDER as to Katherine Grace Joiner: Upon the motion of the United States, it is ORDERED that a Detention & Preliminary Hearing is set for 6/2/2026 at 02:00 PM in Courtroom 3A at the Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, AL 35203 before Magistrate Judge John H England III. Pending this hearing, the defendant shall be held in custody by the U.S. Marshal and produced for the hearing. If the defendant intends to waive this hearing, defense counsel is DIRECTED to file a written waiver no later than one business day before the scheduled hearing. Signed by Magistrate Judge John H England, III on 5/28/2026. (BST) (Entered: 05/28/2026) |
| 05/28/2026 | 5 | NOTICE OF ATTORNEY APPEARANCE: Mia Gettenberg appearing for Katherine Grace Joiner (Gettenberg, Mia) (Entered: 05/28/2026) |
| 06/02/2026 | | Minute Entry for proceedings held before Magistrate Judge John H England, III:Detention Hearing & Preliminary Examination as to Katherine Grace Joiner held on 6/2/2026; dft present w/FPDs Gettenberg and Travis; AUSAs Gilmer and Peoples and USPO Williams also present; Gov't witness: Scott Samuel; proposed custodian Pitts–Joiner; argument; court to order briefing and take under advisement; dft remanded to USM. (Court Reporter Stone Arledge.) (BST, ) (Entered: 06/02/2026) |
| 06/03/2026 | 6 | EXHIBITS admitted for preliminary/detention hearing by Katherine Grace Joiner (Attachments: # 1 Exhibit 1)(BST) (Entered: 06/03/2026) |
| 06/03/2026 | 7 | EXHIBITS admitted for preliminary/detention hearing by USA as to Katherine Grace Joiner (BST) (Additional attachment(s) added on 6/3/2026: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (BST, ). (Additional attachment(s) added on 6/3/2026: # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18) (BST, ). (Additional attachment(s) added on 6/3/2026: # 19 Exhibit 19) (BST, ). (Entered: 06/03/2026) |
| 06/05/2026 | 8 | ORDER as to dft Katherine Grace Joiner: At the hearing, the Government asserted that a detention hearing is authorized under Title 18 U.S.C. § 3142(f)(1)(A) because the charged offense is a "crime of violence" as defined in Title 18 U.S.C. § 3156(a)(4). |

| | | |
|---|---|---|
| | | The defendant objected, arguing that § 875(c) is not categorically a crime of violence and that § 3142(f)(1)(A) does not apply because § 875(c) carries a maximum penalty of five years' imprisonment. The Court finds that supplemental briefing will assist in resolving the threshold issue whether a detention hearing is authorized under § 3142(f). Accordingly, it is **ORDERED** that the parties shall file supplemental briefs as set out. **The Government's brief shall be filed by June 9, 2026, by close of business. The defendant's brief shall be filed by June 12, 2026, by close of business. No replies shall be filed absent leave of Court**. Signed by Magistrate Judge John H England, III on 6/4/2026. (KBB) (Entered: 06/05/2026) |
| 06/09/2026 | 9 | RESPONSE to by USA as to Katherine Grace Joiner re 8 (Gilmer, William) (Entered: 06/09/2026) |
| 06/11/2026 | 10 | RESPONSE to by Katherine Grace Joiner re 9 *Regarding Detention Under the Bail Reform Act* (Gettenberg, Mia) (Additional attachment(s) added on 6/11/2026: # 1 Exhibit 1, # 2 Exhibit 2) (KBB, ). (Entered: 06/11/2026) |
| 06/11/2026 | 11 | MOTION for Leave to File *Exhibits Under Seal and Supplemental Proffer* by Katherine Grace Joiner. (Gettenberg, Mia) (Entered: 06/11/2026) |
| 06/11/2026 | 12 | TEXT ORDER granting 11 Motion for Leave to File as to Katherine Grace Joiner (1). Signed by Magistrate Judge John H England, III on 6/11/2026. (KBB) (Entered: 06/11/2026) |
| 06/17/2026 | 13 | ORDER OF DETENTION PENDING TRIAL as to dft Katherine Grace Joiner. Signed by Magistrate Judge John H England, III on 6/17/2026. (KBB) (Entered: 06/17/2026) |
| 06/18/2026 | 14 | **TEXT ORDER** as to Katherine Joiner. On June 2, 2026, a preliminary hearing was held in this matter. After witness testimony concerning alleged threats to commit a school shooting. The evidence presented at the hearing included statements and communications indicating that Joiner contemplated carrying out a mass shooting and then taking her own life. The record also reflects alleged discussion of acquiring firearms, references to prior mass violence, and conduct suggesting escalating planning and intent. Based on this evidence, the undersigned made oral findings of fact and probable cause was found to support the charge in the criminal complaint. Signed by Magistrate Judge John H England, III on 6/17/2026. (MEB2) (Entered: 06/18/2026) |
| 06/29/2026 | 15 | COMMITMENT TO ANOTHER DISTRICT as to Katherine Grace Joiner. Defendant committed to District of Northern District of Mississippi. Signed by Magistrate Judge John H England, III on 6/29/2026. (BST) (Entered: 06/29/2026) |

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: William Lee Gilmer (lee.gilmer@usdoj.gov), Catherine L. Crosby,
Acting US Attorney (caseview.ecf@usdoj.gov), US Probation
(alnpdb_cmecf@alnp.uscourts.gov), USM (usms-aln-courts@usdoj.gov), Magistrate Judge John H
England, III (england_chambers@alnd.uscourts.gov, england_notices@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6476802@alnd.uscourts.gov
Subject:Activity in Case 2:26-mj-00268-JHE USA v. Joiner Arrest - Rule 40
```
Content–Type: text/html

## U.S. District Court

## Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 5/28/2026 at 4:05 PM CDT and filed on 5/28/2026

| | |
|---|---|
| **Case Name:** | USA v. Joiner |
| **Case Number:** | 2:26–mj–00268–JHE |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Katherine Grace Joiner (Complaint out of ND of MS) (BST)**

**2:26–mj–00268–JHE–1 Notice has been electronically mailed to:**

Catherine L. Crosby, Acting US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms–aln–courts@usdoj.gov

William Lee Gilmer &nbsp &nbsp lee.gilmer@usdoj.gov

**2:26–mj–00268–JHE–1 Notice has been delivered by other means to:**

FILED

2026 May-28 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Mississippi ▾

| | |
|---|---|
| United States of America <br> v. <br> Katherine Grace JOINER; <br> Ethan BASSETT | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 3:26-MJ-31-RP

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 2026 _____ in the county of _____ Alcorn _____ in the _____ Northern _____ District of _____ Mississippi _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting threatening communications in interstate commerce |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Blount, FBI Special Agent
_____
*Printed name and title*

Attested to me by telephone,
Sworn to before me and signed in my presence.

Date: May 20, 2026

_____
*Judge's signature*

City and state: _____ Oxford, Mississippi _____

United States Magistrate Judge Leroy D. Perrcy
_____
*Printed name and title*

6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT**

I, Daniel Blount, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.       I make this affidavit in support of an application for a criminal complaint as to Katherine Grace JOINER and Ethan BASSETT for violations of Title 18, United States Code, Sections 2 & 875(c).

2.       I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request and execute arrest warrants and search warrants under the authority of the United States. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI), presently assigned to the FBI Jackson Field Office. I have been so employed for approximately twenty-three years. As a Special Agent, I have the responsibility of working threats of violence, to include Title 18, United States Code Section 875(c) (threatening communications in interstate commerce).

3.       I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other agents of the Federal Bureau of Investigation and other law enforcement; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had knowledge of that statement and to whom I, or others have spoken or whose reports I have read and reviewed. Such statements are among many statements

7

made by others and are stated in substance and in part, unless otherwise indicated. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included details of every aspect of the investigation. Facts not set forth herein are not being relied on in reaching my conclusion that the requested complaint should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

4.    Based on the facts set forth in this affidavit, there is probable cause to believe that Katherine Grace JOINER and Ethan BASSETT have committed federal offenses, specifically aiding and abetting transmitting threatening communications in interstate commerce (18 U.S.C. § 875(c) and 18 U.S.C. § 2).

## FACTS AND CIRCUMSTANCES

5.    On May 18, 2026, the FBI in Birmingham, Alabama became aware of concerning Instagram messages between two users: "kissmyxm15" and "ethanb.bps." The FBI immediately sent an emergency disclosure request to Meta, Inc., the parent company of Instagram. The details that are described in this affidavit are derived from Meta's response to the emergency disclosure request.

6.    As explained in further detail below, the user "kissmyxm15" has been identified as Katherine Grace JOINER and the user "ethanb.bps" has been identified as Ethan BASSETT.

7.    In February through May 2026, an individual using the online Instagram handle "kissmyxm15" shared various media referencing and celebrating the true crime community ("tcc"), and idolization of real-world violent crimes such as the Columbine High School shooting, the Sandy Hook Elementary School shooting (including references to the perpetrator, Adam Lanza), and the Isla Vista shooting (including references to the perpetrator, Elliot Rodger).

2

8.    On February 12, 2026, an individual using the online Instagram handle "kissmyxm15" shared an image depicting security camera footage resembling the appearance of a school setting and made reference to "tcc" as shown below:



9.    On April 21, 2026, an individual using the online Instagram handle "kissmyxm15" shared an image stating "We Are Right as Rain" and made reference to Columbine and "tcc," as shown below:

3

kissmyxm15 (70529480623) - April 21 2026 02:04:59 am UTC
someone kill me oh and also merry columbine to tcc let's have a birthday party with
party hats and other party stuff
*kissmyxm15 sent an image (ID 3879873575029503837)*



10.     On April 22, 2026, an individual using the online Instagram handle "kissmyxm15" shared an image depicting an individual with a gun and referenced   the true crime community and Adam Lanza, the perpetrator of the Sandy Hook Elementary School shooting, as shown below:

kissmyxm15 (70529480623) - April 22 2026 09:43:14 pm UTC
happy birthday adam ó ^ ò ‗‗‗ #truecrimecommunity #tcc #adamlanza #birthday
*kissmyxm15 sent an image (ID 3881191289576654798)*



11.     On May 9, 2026, an individual using the online Instagram handle "kissmyxm15" shared an image depicting Elliot Rodger, the mass murderer who perpetrated the 2014 Isla Vista attacks, as shown below:

4



12.     In May 2026, an individual using the online Instagram handle "kissmyxm15" participated in an Instagram online group chat with an individual using the online Instagram handle "Ethanb.bps." The text labeled "Body" is the actual message.

13.     On May 12, 2026, kissmyxm15 and ethanb.bps instant messaged on Instagram, with ethanb.bps sharing images of the following assault rifle and ammunition:

| | |
|---|---|
| Author | ethanb.bps (Instagram: 22247011286) |
| Sent | 2026-05-12 01:00:49 UTC |
| Body | i also want to show you my ar i bought |

| | |
|---|---|
| Author | ethanb.bps (Instagram: 22247011286) |
| Sent | 2026-05-12 01:01:09 UTC |
| Body | Ethan sent a photo. |

5

11



Author    ethanb.bps (Instagram: 22247011286)

Sent    2026-05-12 01:01:14 UTC

Body    Ethan sent a photo.



Author    kissmyxm15 (Instagram: 70529480623)

Sent    2026-05-12 01:02:44 UTC .

Body    ohwow

14. Based on my knowledge of this investigation, this is a picture of an actual assault rifle that is owned by brother of Ethan BASSETT the user of "ethanb.bps."

Author    kissmyxm15 (Instagram: 70529480623)

Sent    2026-05-12 01:04:27 UTC

6

| | |
|---|---|
| **Body** | i don't know what to say |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:05:41 UTC |
| **Body** | don't have to say anything i did it because you deserve it |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:06:21 UTC |
| **Body** | when i said id do anything you need to know I would |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:06:44 UTC |
| **Body** | anything for someone who treated me like a human |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:08:12 UTC |
| **Body** | kat you know id do anything you asked right |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:08:40 UTC |
| **Body** | I don't know |

15.     That same day, on May 12, 2026, kissmyxm15 and ethanb.bps instant messaged on Instagram discussing infliction of physical harm to themselves ("kms" is a reference to "kill myself"), the status of their relationship, their individual struggles and desire to inflict harm to themselves, including the following:

7

| Author | kissmyxm15 (Instagram: 70529480623) |
|---|---|
| **Sent** | 2026-05-12 01:52:15 UTC |
| **Body** | once I get the courage I'm going to kms and I hope it's soon |

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| **Sent** | 2026-05-12 01:54:43 UTC |
| **Body** | you'd know i'd join you |

| Author | kissmyxm15 (Instagram: 70529480623) |
|---|---|
| **Sent** | 2026-05-12 01:57:57 UTC |
| **Body** | no you wouldn't |

| Author | kissmyxm15 (Instagram: 70529480623) |
|---|---|
| **Sent** | 2026-05-12 01:58:15 UTC |
| **Body** | I don't think you'd really do it |

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| **Sent** | 2026-05-12 01:59:30 UTC |
| **Body** | Why do you think I bought such a nice gun i want to go out pretty |

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| **Sent** | 2026-05-12 02:00:09 UTC |
| **Body** | taking my own life is something that sits on my brain just haven't been pushed far enough to do it |

16. That same day, on May 12, 2026, kissmyxm15 and ethanb.bps instant messaged on Instagram regarding their intent to harm themselves and others, including a possible school shooting:

8

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| Sent | 2026-05-12 02:00:33 UTC |
| Body | killing also sits if i could get away with it |

| Author | kissmyxm15 (Instagram: 70529480623) |
|---|---|
| Sent | 2026-05-12 02:00:58 UTC |
| Body | my dad has a lot of guns downstairs we could meet up and do something |

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| Sent | 2026-05-12 02:01:32 UTC |
| Body | what's your plans |

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| Sent | 2026-05-12 02:01:44 UTC |
| Body | or anything you've thought of and haven't said |

| Author | kissmyxm15 (Instagram: 70529480623) |
|---|---|
| Sent | 2026-05-12 02:04:05 UTC |
| Body | I haven't really made a plan but killing people and then myself has been on my mind for a while I wouldn't mind doing it with you. a while ago I wanted to break into my elementary school but ▮ came to my mind and I couldn't do something like that to her. so my high school came to mind but id meet up with you and we could have some fun somewhere maybe somewhere small with low to no security. we need time. a lot. |

17. Based on my knowledge of this investigation, the reference to ▮ by kissmyxm15 is ▮ who attends an elementary school in North Alabama.

9

15

The reference to "somewhere small with low to no security" is a school or other public venue with minimal police presence or security.  The conversation continues:

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:04:47 UTC |
| **Body** | we need a few days |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:05:01 UTC |
| **Body** | somewhere to practice and plan |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:05:16 UTC |
| **Body** | we can't just jump in with nothing you know |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:05:45 UTC |
| **Body** | no i fully agree but i thought you would have targets in mind not just anyone |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:06:07 UTC |
| **Body** | kinda like i was planning if you got with anyone else to make a move on you |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:06:44 UTC |

10

**Body**      i wasn't ever joking about a knife fight between me and you i still think you'd win though

**Author**    ethanb.bps (Instagram: 22247011286)

**Sent**      2026-05-12 02:07:09 UTC

**Body**      you've always been into this stuff more than me but i'm honestly your follower

**Author**    ethanb.bps (Instagram: 22247011286)

**Sent**      2026-05-12 02:08:00 UTC

**Body**      nothing you want to do before you die?

**Author**    kissmyxm15 (Instagram: 70529480623)

**Sent**      2026-05-12 02:09:16 UTC

**Body**      I don't think so maybe get chocolate mint ice cream

**Author**    ethanb.bps (Instagram: 22247011286)

**Sent**      2026-05-12 02:09:31 UTC

**Body**      Reacted [heart emoji] to your message !

**Author**    ethanb.bps (Instagram: 22247011286)

**Sent**      2026-05-12 02:10:23 UTC

**Body**      Your adorable yeah sounds great !

**Author**    ethanb.bps (Instagram: 22247011286)

**Sent**      2026-05-12 02:10:50 UTC

**Body**      that's so hot i didn't think your murderous intentions were this high [unreadable script or emoji]

11

17

| Author | kissmyxm15 (Instagram: 70529480623) |
|---|---|
| Sent | 2026-05-12 02:12:04 UTC |
| Body | well bc if I told anyone id probably get put on a watchlist or something before I could even do anything |

| Author | kissmyxm15 (Instagram: 70529480623) |
|---|---|
| Sent | 2026-05-12 02:12:20 UTC |
| Body | I'm probably already on one rn with the government on my phone |

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| Sent | 2026-05-12 02:12:36 UTC |
| Body | You probably already knowing the government yeah what |

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| Sent | 2026-05-12 02:13:40 UTC |
| Body | kat would you ever want to hurt me |

18.     The chat is lengthy and contiunues in a discussion of hurting themselves and others and also their romantic feelings for each other.  The discussion picks up again as follows:

| Author | ethanb.bps (Instagram: 22247011286) |
|---|---|
| Sent | 2026-05-12 02:26:36 UTC |
| Body | i'm doing everything we talked about |

12

**Author**      kissmyxm15 (Instagram: 70529480623)

**Sent**        2026-05-12 02:27:16 UTC

**Body**        I just dont want you to have so much fun that you don't want to go thru with what we plan


**Author**      ethanb.bps (Instagram: 22247011286)

**Sent**        2026-05-12 02:28:11 UTC

**Body**        if i did to the point of you being miserable and not able to move i've succeeded i'd be happy if you were


**Author**      ethanb.bps (Instagram: 22247011286)

**Sent**        2026-05-12 02:28:37 UTC

**Body**        after my life would be yours to take since i just did that to you and id take yours at the same time


**Author**      ethanb.bps (Instagram: 22247011286)

**Sent**        2026-05-12 02:28:51 UTC

**Body**        after doing whatever you wanted to do


**Author**      ethanb.bps (Instagram: 22247011286)

**Sent**        2026-05-12 02:29:22 UTC

**Body**        i worship you

13

| | |
|---|---|
| Author | ethanb.bps (Instagram: 22247011286) |
| Sent | 2026-05-12 02:29:44 UTC |
| Body | even after you've tried getting away from me i still do because i still feel connected |

| | |
|---|---|
| Author | ethanb.bps (Instagram: 22247011286) |
| Sent | 2026-05-12 02:31:12 UTC |
| Body | you could be the jane to my jeff |

| | |
|---|---|
| Author | kissmyxm15 (Instagram: 70529480623) |
| Sent | 2026-05-12 02:32:02 UTC |
| Body | |



14

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:32:51 UTC |
| **Body** | loved movie star planet |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:33:17 UTC |
| **Body** | I'm serious about this I hope you know I'm not being edgy or something stupid. I've been wanting to do something like this but I'm too much of a coward. now that you're here I feel better |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:33:59 UTC |
| **Body** | Never hesitate or be scared to do something especially things you've always wanted to |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:08 UTC |
| **Body** | it was going to be it for me if you didn't work |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:11 UTC |
| **Body** | i told you that |

15

**Author**      ethanb.bps (Instagram: 22247011286)

**Sent**        2026-05-12 02:34:37 UTC

**Body**        if me coming out to you about how i really am didn't help


**Author**      ethanb.bps (Instagram: 22247011286)

**Sent**        2026-05-12 02:34:41 UTC

**Body**        that was it for me


**Author**      ethanb.bps (Instagram: 22247011286)

**Sent**        2026-05-12 02:35:05 UTC

**Body**        didn't spend 1,200 on a gun for nothing


**Author**      ethanb.bps (Instagram: 22247011286)

**Sent**        2026-05-12 02:35:42 UTC

**Body**        it was either that or suffer


**Author**      kissmyxm15 (Instagram: 70529480623)

**Sent**        2026-05-12 02:38:47 UTC

**Body**        it kinda hurts that I'm gonna seem like a monster to my family. and my mom. she's been getting better for me and now that's all gonna go down the drain for you and for us. maybe I'm an idiot but I feel like this is the right decision. I've always felt like I was meant to die this way at least killing myself

16

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:39:45 UTC |
| **Body** | that's what parents are made for they should have been that way in the start |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:40:13 UTC |
| **Body** | and i'm not hating or being mean but it's kinda like the sad reality of today's society |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:40:22 UTC |
| **Body** | parents don't parent anymore |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:40:27 UTC |
| **Body** | I don't have a mom or dad |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:40:51 UTC |
| **Body** | if anything they made you this way and it's not your fault |

17

19.     Based on my training and experience, I know that Meta, Inc. is the parent company to well-known social media platforms such as Facebook and Instagram.  Meta, Inc. has servers located in many locations outside of Mississippi.  Messages through the Instagram chat function travel through the internet and messages between users in different states necessarily travel electronically in interstate commerce to satisfy the interstate commerce requirement of 18 U.S.C. 875(c).

### IDENTIFICATION OF "KISSMYXM15" AS KATHERINE GRACE JOINER

20.     Agents with the FBI confirmed that Katherine Grace JOINER is the user of the handle "kissmyxm15."  Based on IP Address information and the phone number associated with the account, Agents with the FBI suspected that the user of "kissmyxm15" was Katherine Grace JOINER.   On May 18, 2026, an FBI agent contacted Katherine Grace JOINER at her residence in Wilsonville, Alabama.  JOINER confirmed that she was the user of the handle "kissmyxm15" and that the phone number registered to the Instagram account was her phone number.  She provided consent for agents to review her Instagram account on her phone and agents confirmed that the stream of chats described in this affidavit were in fact located on her phone and her Instagram account.  JOINER confirmed that she had said the more concerning chats described in this affidavit.  She explained that her father did own multiple firearms and that she had access to the firearms in the basement of her home. She also confirmed that what she meant by those messages was to inflict the pain she feels on others by committing an act of violence at a school.

### IDENTIFICATION OF "ETHANB.BPS" AS ETHAN BASSETT

21.     Agents with the FBI confirmed that Ethan BASSETT is the user of the handle "ethanb.bps." Based on IP Address information and the phone number associated with the account, Agents with the FBI suspected that the user of "ethanb.bps" was Ethan BASSETT.  On

18

May 18, 2026, local deputies with the Alcorn County Sheriff's Department contacted Ethan BASSETT at his residence in Glen, Mississippi and confirmed he was the user of the handle "ethanb.bps." On May 19, 2026, BASSETT was arrested by the Mississippi Department of Homeland Security and the Alcorn County Sheriff's Department. Upon his arrest, BASSETT stated that it was probably for the best that he was arrested and when asked why, he said because of the things he had said on Instagram.

22. Based on my training and experience and knowledge of this investigation, I submit there is probable cause to believe that the user of the screennames "kissmyxm15" and "ethanb.bps" have aided and abetted each other in the transmission of threatening communications in interstate commerce in violation of Title 18, United States Code, Sections 875(c) and 2.

## CONCLUSION

23. Based on the aforementioned facts and circumstances, your Affiant believes that probable cause exists for the arrest of Katherine Grace JOINER and Ethan BASSETT for violations of Title 18, United States Code, Sections 875(c) and (2).

Respectfully submitted,

_Daniel Blount_

Daniel Blount
Special Agent
Federal Bureau of Investigation

Attested to me by telephone
Subscribed and sworn to before me on ___May 20___, 2026

_____
UNITED STATES MAGISTRATE JUDGE

19

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: William Lee Gilmer (lee.gilmer@usdoj.gov), Kevin L Butler
(alnfd_notice@fd.org), Catherine L. Crosby, Acting US Attorney (caseview.ecf@usdoj.gov),
US Probation (alnpdb_cmecf@alnp.uscourts.gov), USM (usms-aln-courts@usdoj.gov), Magistrate
Judge John H England, III (england_chambers@alnd.uscourts.gov,
england_notices@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6476815@alnd.uscourts.gov
Subject:Activity in Case 2:26-mj-00268-JHE USA v. Joiner Order Appointing Public Defender
```
Content–Type: text/html

## U.S. District Court

## Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 5/28/2026 at 4:10 PM CDT and filed on 5/28/2026

| | |
|---|---|
| **Case Name:** | USA v. Joiner |
| **Case Number:** | 2:26–mj–00268–JHE |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Katherine Grace Joiner. Signed by Magistrate Judge John H England, III on 5/28/2026. (BST)**

**2:26–mj–00268–JHE–1 Notice has been electronically mailed to:**

Catherine L. Crosby, Acting US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms–aln–courts@usdoj.gov

Kevin L Butler &nbsp &nbsp ALNFD_Notice@fd.org

William Lee Gilmer &nbsp &nbsp lee.gilmer@usdoj.gov

**2:26–mj–00268–JHE–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: William Lee Gilmer (lee.gilmer@usdoj.gov), Kevin L Butler
(alnfd_notice@fd.org), Catherine L. Crosby, Acting US Attorney (caseview.ecf@usdoj.gov),
US Probation (alnpdb_cmecf@alnp.uscourts.gov), USM (usms-aln-courts@usdoj.gov), Magistrate
Judge John H England, III (england_chambers@alnd.uscourts.gov,
england_notices@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6476840@alnd.uscourts.gov
Subject:Activity in Case 2:26-mj-00268-JHE USA v. Joiner Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

### U.S. District Court

### Northern District of Alabama

**Notice of Electronic Filing**

The following transaction was entered on 5/28/2026 at 4:13 PM CDT and filed on 5/28/2026

| | |
|---|---|
| **Case Name:** | USA v. Joiner |
| **Case Number:** | 2:26–mj–00268–JHE |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before Magistrate Judge John H England, III:Initial Appearance in Rule 5(c)(3) Proceedings as to Katherine Grace Joiner held on 5/28/2026; dft present and deemed eligible for court appointed counsel, FPD (Gettenberg) present and appointed; AUSA Gilmer and USPO Williams also present; charges and rights explained; gov't requested detention; dft remanded to USM. (Court Reporter None.) (BST, )**


**2:26–mj–00268–JHE–1 Notice has been electronically mailed to:**

Catherine L. Crosby, Acting US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms–aln–courts@usdoj.gov

Kevin L Butler &nbsp &nbsp ALNFD_Notice@fd.org

William Lee Gilmer &nbsp &nbsp lee.gilmer@usdoj.gov

**2:26–mj–00268–JHE–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: William Lee Gilmer (lee.gilmer@usdoj.gov), Kevin L Butler
(alnfd_notice@fd.org), Catherine L. Crosby, Acting US Attorney (caseview.ecf@usdoj.gov),
US Probation (alnpdb_cmecf@alnp.uscourts.gov), USM (usms-aln-courts@usdoj.gov), Magistrate
Judge John H England, III (england_chambers@alnd.uscourts.gov,
england_notices@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6476857@alnd.uscourts.gov
Subject:Activity in Case 2:26-mj-00268-JHE USA v. Joiner Order
Content-Type: text/html
```

## U.S. District Court

## Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 5/28/2026 at 4:16 PM CDT and filed on 5/28/2026

| | |
|---|---|
| **Case Name:** | USA v. Joiner |
| **Case Number:** | 2:26–mj–00268–JHE |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**TEXT ORDER as to Katherine Grace Joiner: Upon the motion of the United States, it is ORDERED that a Detention & Preliminary Hearing is set for 6/2/2026 at 02:00 PM in Courtroom 3A at the Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, AL 35203 before Magistrate Judge John H England III. Pending this hearing, the defendant shall be held in custody by the U.S. Marshal and produced for the hearing. If the defendant intends to waive this hearing, defense counsel is DIRECTED to file a written waiver no later than one business day before the scheduled hearing. Signed by Magistrate Judge John H England, III on 5/28/2026. (BST)**

**2:26–mj–00268–JHE–1 Notice has been electronically mailed to:**

Catherine L. Crosby, Acting US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms–aln–courts@usdoj.gov

Kevin L Butler &nbsp &nbsp ALNFD_Notice@fd.org

William Lee Gilmer &nbsp &nbsp lee.gilmer@usdoj.gov

**2:26–mj–00268–JHE–1 Notice has been delivered by other means to:**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **Case No: 2:26-MJ-268-JHE** |
| | ) | |
| KATHERINE GRACE JOINER | ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Mia Gettenberg, Assistant Federal Public Defender

for the Northern District of Alabama, and enters her notice on behalf of Defendant, Katherine

Grace Joiner, in the above-styled case.

This 28th day of May, 2026.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/Mia Gettenberg**
Mia Gettenberg
Assistant Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Mia_Gettenberg@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026**,** I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to all parties of

record.

**/s/Mia Gettenberg**

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: William Lee Gilmer (lee.gilmer@usdoj.gov), Kevin L Butler
(alnfd_notice@fd.org), Catherine L. Crosby, Acting US Attorney (caseview.ecf@usdoj.gov),
US Probation (alnpdb_cmecf@alnp.uscourts.gov), Mia Gettenberg (mia_gettenberg@fd.org), USM
(usms-aln-courts@usdoj.gov), Magistrate Judge John H England, III
(england_chambers@alnd.uscourts.gov, england_notices@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6480372@alnd.uscourts.gov
Subject:Activity in Case 2:26-mj-00268-JHE USA v. Joiner Detention Hearing
Content-Type: text/html
```

### U.S. District Court

### Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 6/2/2026 at 4:59 PM CDT and filed on 6/2/2026

| | |
|---|---|
| **Case Name:** | USA v. Joiner |
| **Case Number:** | 2:26-mj-00268-JHE |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge John H England, III:Detention Hearing & Preliminary Examination as to Katherine Grace Joiner held on 6/2/2026; dft present w/FPDs Gettenberg and Travis; AUSAs Gilmer and Peoples and USPO Williams also present; Gov't witness: Scott Samuel; proposed custodian Pitts-Joiner; argument; court to order briefing and take under advisement; dft remanded to USM. (Court Reporter Stone Arledge.) (BST, )**

**2:26-mj-00268-JHE-1 Notice has been electronically mailed to:**

Catherine L. Crosby, Acting US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms-aln-courts@usdoj.gov

Kevin L Butler &nbsp &nbsp ALNFD_Notice@fd.org

Mia Gettenberg &nbsp &nbsp mia_gettenberg@fd.org

William Lee Gilmer &nbsp &nbsp lee.gilmer@usdoj.gov

**2:26-mj-00268-JHE-1 Notice has been delivered by other means to:**

FILED

2026 Jun-03 AM 10:37

U.S. DISTRICT COURT
N.D. OF ALABAMA

**STYLE:** USA v Joiner

**CASE NUMBER:** 2:26-mj-268

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT (DEFENDANT) COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | 6.2.26 | | | | | | | 6.2.26 | dismissal of petition 5/28/26 |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |

Entered and Filed  05/28/2026 11:12 AM Kimberly Melton Chief Clerk Probate Court Shelby County Alabama

FILED

2026 Jun-03  AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE PROBATE COURT OF SHELBY COUNTY, ALABAMA

IN THE MATTER OF THE )
INVOLUNTARY COMMITMENT OF )  **Case No:  PR-2026-001195**
KATHERINE GRACE JOINER )

### DISMISSAL OF PETITION FOR INVOLUNTARY COMMITMENT

This cause came before the Court for a Probable Cause Hearing on the Petition filed on May 19, 2026 by SHELBY COUNTY COMMUNITY MENTAL HEALTH LIAISON for the Involuntary Commitment of KATHERINE GRACE JOINER.  Proper notice was given to all necessary parties.  Present for the hearing were: SHELBY COUNTY COMMUNITY MENTAL HEALTH LIAISON, and KASEY M. CARTER ESQ.; P. SHAWN RUMSEY ESQ. KATHERINE GRACE JOINER was present .  The case was called and the Court proceeded to take testimony and review documents properly entered into evidence.

Based upon the evidence presented, the Court **FINDS** that KATHERINE GRACE JOINER does suffer from a mental illness which would meet the definition for involuntary commitment under the Code of Alabama and that the Respondent is willing to voluntarily seek the recommended level of treatment, thus dismissal is appropriate.  The Court therefore **ORDERS** that the petition filed by SHELBY COUNTY COMMUNITY MENTAL HEALTH LIAISON is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 28 day of May, 2026.

_____
Allison S. Boyd
Judge of Probate


cc: KASEY M. CARTER ESQ.
 P. SHAWN RUMSEY ESQ.
 KATHERINE GRACE JOINER
 CENTRAL ALABAMA WELLNESS
 BAPTIST HEALTH SHELBY HOSPITAL


2:26-mj-268-JHE   USA v. Joiner
06/02/2026 Detention & Preliminary Hearing
Defendant's Exh. No. 1

FILED

2026 Jun-03 AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

STYLE: **U.S. V. KATHERINE GRACE JOINER**          CASE NUMBER: **2:26-mj-00268-JHE**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD COND. OR LTD. | RECEIVED | EXHIBITS – DET. HEARING          06/02/2026 PLAINTIFF – **UNITED STATES OF AMERICA** GOVERNMENT – **W. LEE GILMER, AUSA** DEFENDANT – **KATHERINE GRACE JOINER** **MIA GETTENBERG, Defense Counsel** COURT **HON. JOHN H. ENGLAND III,** *presiding* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | 6-2-26 | | | | | | | 6-2-26 | Photo - Classroom TCC Post |
| | 2 | 6-2-26 | | | | | | | 6-2-26 | Photo - Happy Columbine TCC Post |
| | 3 | 6-2-26 | | | | | | | 6-2-26 | Photo - Adam Lanza Happy Birthday Post |
| | 4 | 6-2-26 | | | | | | | 6-2-26 | Photo - Elliot Rodger Post |
| | 5 | 6-2-26 | | | | | | | 6-2-26 | Photo - Bassett AR-15 Photo |
| | 6 | 6-2-26 | | | | | | | 6-2-26 | Photo - Bassett AR-15 Magazine Photo |
| | 7 | 6-2-26 | | | | | | | 6-2-26 | Photo - You're Next Knife and Blood Decals - Bedroom Closet |
| | 8 | 6-2-26 | | | | | | | 6-2-26 | Photo - Black Handprint and Blood Decals behind Bed |
| | 9 | 6-2-26 | | | | | | | 6-2-26 | Photo - Help Me and Bloody Handprint Decals behind Bed |
| | 10 | 6-2-26 | | | | | | | 6-2-26 | Photo - Stack of Decals in Chair |

STYLE: **U.S. V. KATHERINE GRACE JOINER**          CASE NUMBER: **2:26-mj-00268-JHE**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D COND. OR LTD. | RECEIVED | EXHIBITS – **DET. HEARING**   06/02/2026<br><br>PLAINTIFF –<br>**UNITED STATES OF AMERICA**<br><br>GOVERNMENT –<br>**W. LEE GILMER, AUSA**<br><br>DEFENDANT –<br>**KATHERINE GRACE JOINER**<br>**MIA GETTENBERG, Defense Counsel**<br><br>COURT<br>**HON. JOHN H. ENGLAND III,** *presiding* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 11 | 6-2-26 | | | | | | | 6-2-26 | Photo - Bloody Signs and Feetprint Decals |
| | 12 | 6-2-26 | | | | | | | 6-2-26 | Photo - Bloody Locksmith's Hammer and Bloody Axe Decals |
| | 13 | 6-2-26 | | | | | | | 6-2-26 | Photo - Bloody Hedgeclippers and Bloody Pliers Decal |
| | 14 | 6-2-26 | | | | | | | 6-2-26 | Photo - Bloody Skull and Blood Decals 1 |
| | 15 | 6-2-26 | | | | | | | 6-2-26 | Photo - Bloody Skull and Blood Decals 2 |
| | 16 | 6-2-26 | | | | | | | 6-2-26 | Photo - Bloody Feetprint Decals |
| | 17 | 6-2-26 | | | | | | | 6-2-26 | Photo - Rifle Rack and Rifle in Basement |
| | 18 | 6-2-26 | | | | | | | 6-2-26 | Katherine Joiner MOI (FD-302) |
| | 19 | 6-2-26 | | | | | | | 6-2-26 | Meta Business Platform Records - Pages 1-180 |
| | 20 | | | | | | | | | |



2026 Jun-03  AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 1

35

FILED
2026 Jun-03 AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

someone <u>kill</u> me oh and also merry columbine to tcc let's have a birthday party with party hats and other party stuff

*kissmyxm15 sent an image (ID 3879873575029503837)*





2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 2

kissmyxm15 (705294806231) - April 22 2026 09:43:14 pm UTC

happy birthday adam ó ^ ò ⁔⁔⁔ #truecrimecommunity #tcc #adamlanza #birthday

*kissmyxm15 sent an image (ID 3881191289576654798)*



```
2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 3
```



## Posts

kissmyxm15

**Follow**

**kissmyxm15**

🎵 Halle Uchida · We are made of meat

2020 Jul·03 AM 11:14

U.S. DISTRICT COURT
N.D. OF ALABAMA

 22   2   4   1

**kissmyxm15** hello everypony Elliot Roger here. I'm officially no longer an incel and instead one of the girls. friendship is magic or whatever

May 9



38

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 5

16-5 Filed 06

2026 Jun-03 AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA



39



40

FILED
AM 11:52
CT COURT
ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 7



Case 2:26-mj-00268-JHE Document 16-8 Filed 06/02/26 Page 42 of 283



Case 2:26-mj-00268-JHE   Document 16-9   Filed 06/03/26   Page 43 of 283

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 9

FILED

2026 Ju 8  AM 11:53
U.S. DISTRICT COURT
N.D.   F ALABAMA



FILED

B  AM 11:53

CT COURT
ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 11

FILED

2026 Jun 8  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 12



FILED

AM 11:53
CT COURT
ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 13

FILED

2026 Jul 8  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 14

FILED

2026 Jun 3 AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 15

FILED

AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 16

Case 2:26-mj-00268-JHE   Document 15-16   Filed 06/02/26   Page 50 of 283

FILED
2  Jun-03  AM 11:54
DISTRICT COURT
N.D. OF ALABAMA





FD-302 (Rev. 5-8-10)

**- 1 of 3 -**

UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____05/21/2026_____

### CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated investigation or proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

Katherine "Kate" Joiner, date of birth (DOB) ███████, 2005, Social Security Number (SSN) ████-6238, telephone number ████-5970, was interviewed at her residence, █████████ Wilsonville, Alabama 35186. Federal Bureau of Investigation (FBI) Special Agent (SA) Torrey Clark and SA Samuel Ebeyer participated in the interview. Also present for the interview were two Shelby County Sheriff's Deputies. After being advised of the identities of the interviewers and nature of the interview, Joiner provided the following information:

Joiner confirmed her Instagram account username was "kissmyxm15" and her phone number was ████-5970. Joiner used this Instagram account to talk to Ethan Bassett. She started talking to Ethan two (2) years prior. However, Ethan did things online that made Joiner uncomfortable so she blocked him for a time. When asked what these things were, Joiner advised he was controlling of her activity. A couple weeks ago, Ethan reinitiated contact with Joiner and Joiner accepted. At some point after contact was reinitiated, Bassett sent Joiner a photo of his thigh with her initials "KJ" carved into it. This scared Joiner. When asked if Bassett had a firearm, Joiner responded in the affirmative and said he recently acquired a long gun.

Joiner and Ethan had similar interests, namely of a group online known as "TCC." When asked what TCC meant, Joiner said it stood for True Crime Community. When asked what this group was about, she said it was people who shared an interest in true crime stories and school shooters like Adam Lanza and Elliot Rodger. Joiner was involved in TCC communities on Instagram, TikTok, Discord, and on Playstation.

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 18

UNCLASSIFIED//FOUO

---

Investigation on __05/18/2026__ at __Wilsonville, Alabama, United States (In Person)__

File # __266Q-BH-4245503__                                    Date drafted __05/20/2026__

by __Torrey Justin Clark, Samuel G. Ebeyer__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

266Q-BH-4245503

(U//FOUO) Interview of Katherine "Kate"

Continuation of FD-302 of Joiner on 05/18/2026 _____ , On 05/18/2026 , Page 2 of 3


[Agent note: At this point in the interview, Agents read aloud excerpts from Instagram chats between Joiner and Bassett in which they discuss a plan to kill people at a school before committing a joint-suicide.]

Joiner advised she has been suicidal for a long time. She has been "cutting" her body for approximately two (2) years. She stated she had been bullied all throughout her schooling years and had few to no friends in real life. When asked about the plan to "kill people," Joiner confirmed she meant shooting people in a school setting and then killing herself. Joiner did not view people as people. Joiner viewed people as "faces". Joiner stated her father, Travis Joiner, had multiple firearms in the basement of their home that she had access to. Her plan was to sneak out of the house, take the guns, and meet with Ethan to carry out this plan. She viewed this plan as the only way she could think of to deal with the pain she was experiencing.

Joiner attended Wilsonville Elementary School, Columbiana Middle School, and Shelby County High School.

Joiner has a ████████████████ named ████ (MINOR, PROTECT IDENTITY). Joiner spends time with ███ and takes ███ places like the mall.

[Agent note: At this point in the interview, Joiner was asked about the Instagram message she sent about targeting her elementary school, but ████ attends that school, so she did not want to target it. Joiner began to cry when ████ attending the school was mentioned.]

Joiner's mother, Jona Jones, is terminally ill and is hospitalized. Joiner tries to spend time with Jones at the hospital to improve their relationship before she dies.

[Agent note: When talking about her mother, Joiner began to cry.]

Joiner chats online with someone named Michael who she believed to be from Illinois.

[Agent note: During the interview, Joiner provided verbal consent in the presence of SA Clark and SA Ebeyer to search her cell phone, which was identified as an iPhone 16. Joiner advised this was the device she used to communicate on Instagram. SA Clark and SA Ebeyer reviewed an active Instagram chat with Ethan Bassett at various times throughout the interview.]

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266Q-BH-4245503

Continuation of FD-302 of (U//FOUO) Interview of Katherine "Kate" Joiner on 05/18/2026 , On 05/18/2026 , Page 3 of 3

UNCLASSIFIED//FOUO

Meta Platform Business Record Page 2/226

FILED

2026 Jun-03 PM 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

Type: Description of what type of attachment.

Size: The size of the file sent.

URL: URL of the content.

Body: Text of communication, or description of content type sent.

Share: Items shared into the communication thread between account holders.

Date Created: Date and timestamp associated with the share.

Text: Content of the share.

URL: URL of the content.

**Unified Messages**      **Thread** (1301790907919898)

**AI** false

**Current Participants** 2026-05-19 01:26:58 UTC

ethanb.bps (Instagram: 22247011286)

kissmyxm15 (Instagram: 70529480623)

**Read Receipts** Enabled

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:49:41 UTC

**Body** I did something you have all right to be mad but do you like it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 00:49:50 UTC

**Body**

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 19

Meta Platforms Business Record Page 55/76

what

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:50:17 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1323193599709551 (1323193599709551)

**Type** image/jpeg

**Size** 64116

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/686987561_1323193603042884_2626814050160228994_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QF0fWysxgK7HL8GbPtdJHFe-0788ZG4QBEusqQfSN-UBA&oe=6A3318D1



**Linked Media File:** linked_media/unified_message_1323193599709551.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 00:50:26 UTC

**Body** WHAT

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:50:46 UTC

**Body** i know you deserve more than cat scratches

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:51:10 UTC

**Body** but my razor sucks and i prefer that over a knife

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:51:30 UTC

**Body** it's on my upper thigh

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 3/226

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:51:43 UTC

**Body** should i go deeper what's your thoughts

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 00:52:10 UTC

**Body** ur joking right

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:52:53 UTC

**Body** you know i don't

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 00:53:44 UTC

**Body** idek what to say bro

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:54:45 UTC

**Body** i'd hope you'd be disappointed i did it for you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:55:22 UTC

**Body** but not being corny genuinely felt like a relief and i considered going deeper

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:56:44 UTC

**Body** sorry i could have done better for you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:57:07 UTC

**Body** you do deserve it after the things i did to you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 3726

2026-05-12 01:00:49 UTC

**Body** i also wanted to show you my ar i bought

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:01:09 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1125006766490030 (1125006766490030)

> **Type** image/jpeg
>
> **Size** 40805
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/689306629_1125006769823363_6659795429691224789_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QEwBw7rkYt40vGofMs2t5x4vlA9m9zZ2icGYByQL_YNlA&oe=6A33212B



**Linked Media File:** linked_media/unified_message_1125006766490030.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:01:14 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-912515231820823 (912515231820823)

> **Type** image/jpeg
>
> **Size** 38734
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/691273592_912515235154156_7511727438129278374_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHg50VatW2SAnV0_EP9VMIp_kGhs2JScCAI1wntSZEqQw&oe=6A332CD3



**Linked Media File:** linked_media/unified_message_912515231820823.jpg

62

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:02:44 UTC

**Body** ohwow

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:04:27 UTC

**Body** i don't know what to say

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:05:41 UTC

**Body** don't have to say anything i did it because you deserve it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:06:21 UTC

**Body** when i said id do anything you need to know i would

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:06:44 UTC

**Body** anything for someone who treated me like a human

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:08:12 UTC

**Body** kat you know id do anything you asked right

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:08:40 UTC

**Body** I dont know

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:09:28 UTC

**Body** i would even know we shouldn't talk anymore i would

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:10:46 UTC

**Body** why are you still thinking of me it's been months

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:12:31 UTC

**Body** i may be crazy but i don't think i can move on

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:14:23 UTC

**Body** you really did something to me that i can't just let go or either the love you gave changed my thought process

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:14:50 UTC

**Body** i would really let you do anything you wanted to i just didn't know how to say it without seeming weird

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 01:15:26 UTC

**Body** there were several things i hid feelings wise because i didn't think id match your energy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:16:14 UTC

**Body** i genuinely wanted you to humiliate me and use me i wanted you to feel power

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:16:20 UTC

**Body** and take your anger out on me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:17:25 UTC

**Body** arre you messing with me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:17:49 UTC

**Body**

i'm not i promise all of this is 100% me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:18:27 UTC

**Body** kat i was scared and what i was scared was going to happen if i let you know what i really thought did happen

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:18:46 UTC

**Body** and i didn't even tell you what i was really thinking most of the time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:19:15 UTC

**Body** and i really really feel like if i would have let you know that things would have been better

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:20:12 UTC

**Body** i realized i was trying to make you change things you didn't want to change and i'm sorry for that

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:21:02 UTC

**Body** i never really had the best opinions i mean you even know i'm a idiot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:21:34 UTC

**Body** you deserve friends and anything that i was blocking you from

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:22:10 UTC

**Body** i was trapping you and i didn't even think i was but it was obvious

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:23:03 UTC

**Body** and most of the time i wasn't even being myself i was trying to hide it so you wouldn't think i was crazy

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:23:47 UTC

**Body** every time we talked about things like knife play and hurting each other and that you wanted me to hurt you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:24:19 UTC

**Body** i wanted to i wanted to come out and agree but i didn't want to seem as if i was in the wrong for agreeing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:24:52 UTC

**Body** i didn't want you to ever switch on me and it end up being a trap

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:25:55 UTC

**Body** towards the end some of it was showing the weird crazy side you seen it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:28:58 UTC

**Body** i don't even know what ahead of me anymore i'm not planning on college anymore im graduated and im just sitting around with you living rent free in my brain

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:39:19 UTC

**Body** I've been sitting in the chat for 15 minutes and I'm still just thoughtless

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:41:27 UTC

**Body** There's other places that have scarred now but while we were dating i'd cut sometimes while thinking about you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:42:01 UTC

**Body** and i'd think only if i could tell her but in reality i just wanted to help you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

69

2026-05-12 01:42:30 UTC

**Body** i was doing the best i could i know you seen that sometimes when i was being a dick

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:44:14 UTC

**Body** sometimes when i brought up my body dysmorphia because i thought i wasn't good enough in my own body i meant it i don't know what to do with myself

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:44:50 UTC

**Body** you were kinda like my way out but when you came along there was a lot that we could both relate to but i genuinely didn't want to bring up most of it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:45:16 UTC

**Body** because i seen it as if i was trying and i wasn't being negative i could help you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:45:41 UTC

**Body**

70

but i think if i didn't try and if i was just myself you wouldn't have enjoyed that more

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:45:54 UTC

**Body** but i think if i didn't try and if i was just myself you would have enjoyed that more (edited)

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:48:47 UTC

**Body** Nothings changed except i'm myself now just stuck on you if you've ever fantasized about a crazy ex you've got it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:51:55 UTC

**Body** I don't think there's any point of staying stuck on me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:52:15 UTC

**Body** once I get the courage I'm gonna kms and I hope it's soon

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 76

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:54:43 UTC

**Body** you'd know i'd join you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:57:57 UTC

**Body** no you wouldn't

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:58:15 UTC

**Body** I don't think you'd really do it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:59:30 UTC

**Body** Why do you think i bought such a nice gun i want to go out pretty

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:00:09 UTC

**Body** taking my own life is something that sits on my brain just haven't been pushed far enough to do it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:00:33 UTC

**Body** killing also sits if i could get away with it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:00:58 UTC

**Body** my dad has a lot of guns downstairs we could meet up and do something

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:01:32 UTC

**Body** what's your plans

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 02:01:44 UTC

**Body** or anything you've thought on and haven't said

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:04:05 UTC

**Body** I haven't really made a plan but killing people and then myself has been on my mind for a while I wouldn't mind doing it with you. a while ago I wanted to break into my elementary school but abby came to my mind and I couldn't do something like that to her. so my high school came to mind but id meet up with you and we could have some fun somewhere maybe somewhere small with low to no security. we need time. a lot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:04:47 UTC

**Body** we need a few days

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:05:01 UTC

**Body** somewhere to practice and plan

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:05:16 UTC

**Body**

we can't just jump in with nothing you know

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:05:45 UTC

**Body** No i fully agree but i thought you would have targets in mind not just anyone

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:06:07 UTC

**Body** kinda like i was planning if you got with anyone else to make a move on you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:06:44 UTC

**Body** i wasn't ever joking about a knife fight between me and you i still think you'd win though

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:07:09 UTC

**Body** you've always been into this stuff more than me but i'm honestly your follower

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:08:00 UTC

**Body** nothing you would want to do before you die?

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:09:16 UTC

**Body** I don't think so maybe get chocolate mint ice cream

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:09:31 UTC

**Body** Reacted 💗 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:10:23 UTC

**Body** Your adorable yeah sounds great

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:10:50 UTC

**Body** that's so hot i didn't think your murderous intentions were this high

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:12:04 UTC

**Body** well bc if I told anyone id probably get put on a watchlist or something before I could even do anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:12:20 UTC

**Body** I'm probably already on one rn with the government on my phone

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:12:36 UTC

**Body** You probably already knowing the government yeah what

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:13:40 UTC

**Body** kat would you ever want to hurt me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:14:11 UTC

**Body** I don't think so

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:14:24 UTC

**Body** i'm not talking like baby cuts i'm talking really hurting me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:14:25 UTC

**Body** why

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

Meta Platforms Business Record Page 35

2026-05-12 02:15:00 UTC

**Body** like stabbing you or something?

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:15:16 UTC

**Body** Reacted 🩷 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:15:42 UTC

**Body** that's a hard question

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:15:56 UTC

**Body** avoiding main arteries so you could do it over and over

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:16:42 UTC

**Body**

79

Meta Platforms Business Record Page 28

id want you to do it to me instead probably

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:16:56 UTC

**Body** would you hurt me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:17:21 UTC

**Body** you know i would and comfort while doing it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:17:55 UTC

**Body** would you kill me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:18:37 UTC

**Body** No fun i want you to suffer with me

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:18:45 UTC

**Body** depends how bad you want it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:19:28 UTC

**Body** what if we hurt each other and what if we kill each other at the same time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:19:55 UTC

**Body** Reacted 💗 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:20:22 UTC

**Body** that's so hot what about late trigger pull

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:20:30 UTC

**Body** count down

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:21:05 UTC

**Body** Better not hesitate

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:21:14 UTC

**Body** I wouldn't

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:22:41 UTC

**Body** you know i'd love to have fun with you before we did anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:22:54 UTC

**Body** celebration is a thing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:23:54 UTC

**Body** i'm talking use you how you've wanted

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:24:09 UTC

**Body** sex?

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:24:28 UTC

**Body** anything your into

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-12 02:25:08 UTC

**Body** if you wanted to id let you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:25:34 UTC

**Body** want to connect with your soul before taking it i'd hope you'd want it to

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:26:30 UTC

**Body** people don't matter nobody does but you would be taking part in something with me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:26:36 UTC

**Body** i'm doing everything we talked about

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:27:16 UTC

**Body**

I just dont want you to have so much fun that you don't want to go thru with what we plan

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:28:11 UTC

**Body** if i did to the point of you being miserable and not able to move i've succeeded i'd be happy if you were

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:28:37 UTC

**Body** after my life would be yours to take since i just did that to you and id take yours at the same time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:28:51 UTC

**Body** after doing whatever you wanted to do

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:29:22 UTC

**Body** i worship you

**Disappearing Message**

Meta Platforms Business Records Page 86

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:29:44 UTC

**Body** even after you've tried getting away from me i still do because i still feel connected

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:31:12 UTC

**Body** you could be the jane to my jeff

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:32:02 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1390073803164292 (1390073803164292)

**Type** image/jpeg

**Size** 41246

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/657606312_1559241045139883_8745191970674628349_n.jpg?stp=dst-jpg_p640x640_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QEvomcc9lDST6k7IX7lFVblDma-GwWfUyTG2aql4qKFKw&oe=6A332447



**Linked Media File:** linked_media/unified_message_1390073803164292.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:32:13 UTC

**Body** Reacted 🥲 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:32:51 UTC

**Body** loved movie star planet

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:33:17 UTC

**Body** I'm serious about this I hope you know I'm not being edgy or something stupid. I've been wanting to do something like this but I'm too much of a coward. now that you're here I feel better

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:33:59 UTC

**Body** Never hesitate or be scared to do something especially things you've always wanted to

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 36

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:34:08 UTC

**Body** it was going to be it for me if you didn't work

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:34:11 UTC

**Body** i told you that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:34:37 UTC

**Body** if me coming out to you about how i really am didn't help

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:34:41 UTC

**Body** that was it for me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:35:05 UTC

**Body** didn't spend 1,200 on a gun for nothing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:35:42 UTC

**Body** it was either that or suffer

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:38:47 UTC

**Body** it kinda hurts that I'm gonna seem like a monster to my family. and my mom. she's been getting better for me and now that's all gonna go down the drain for you and for us. maybe I'm an idiot but I feel like this is the right decision. I've always felt like I was meant to die this way at least killing myself

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:39:45 UTC

**Body** that's what parents are made for they should have been that way in the start

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 02:40:13 UTC

**Body** and i'm not hating or being mean but it's kinda like the sad reality of today's society

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:22 UTC

**Body** parents don't parent anymore

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:27 UTC

**Body** I don't have a mom or dad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:51 UTC

**Body** if anything they made you this way and it's not your fault

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:41:09 UTC

**Body**

90

Meta Platforms Business Record Page 93

your loved by me and them but that's how it should have been in the beginning

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:41:30 UTC

**Body** not something new or something to be praised if you know what i mean

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:41:48 UTC

**Body** atleast you see that she is trying a lot of people just don't care anymore

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:42:19 UTC

**Body** your not a monster your a girl in a shitty world shitty society with a shitty government

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:42:48 UTC

**Body** nobody wants to live in just nobody has the courage to do nor admit to what you've told me today

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:44:12 UTC

**Body** i don't know what's wrong with the world anymore everyone is preds and rapest

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:44:31 UTC

**Body** can't even trust disney i know you've heard about the disney crew ship

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:45:05 UTC

**Body** and how selfish those people were to get off that other ship. that's another thing wrong with society. selfish and greedy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:45:51 UTC

**Body** who knows the hantavirus is probably covid 2

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:46:10 UTC

**Body** it's self planted by the government

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:46:10 UTC

**Body** it's so deadly to everyone says it's a cover up because of what happened with disney

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:46:17 UTC

**Body** Reacted 💗 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:46:34 UTC

**Body** most of everything is now days

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:47:50 UTC

**Body** society is a disease and everyone needs to die I don't care how good someone is there is too many bad that it doesn't matter bc bad always outshines good people

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:49:56 UTC

**Body** everyone has secrets they don't talk about it's just that not everyone gets caught

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:50:04 UTC

**Body** Reacted 🩷 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:50:39 UTC

**Body** is there even good people

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 95

2026-05-12 02:50:49 UTC

**Body** most definitely not

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:50:54 UTC

**Body** the past year has proved good people are bad too

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:51:16 UTC

**Body** why be good when bad is more powerful usually

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:51:40 UTC

**Body** bad brings control and power

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:52:16 UTC

**Body**

police are supposed to be good must most of them are corrupt just for the fun of killing blacks

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:52:26 UTC

**Body** which i can get behind but that's besides the point

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:52:37 UTC

**Body** 😩

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:53:11 UTC

**Body** honestly black people are just bad. they're all ghetto and entitled just bc they're black

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:53:20 UTC

**Body** people are bad

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:53:25 UTC

**Body** everyone is bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:53:47 UTC

**Body** including me and you both

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:54:34 UTC

**Body** just not weird entitled freaks that stay on the look out for kids to prey on

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:54:59 UTC

**Body** i honestly think we are better than most out there just not good either

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:55:41 UTC

**Body** we were good at one point but it's gone down the drain over time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:57:12 UTC

**Body** no matter how bad you got I definitely still love the hell out of you even though you hate my insides

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:58:23 UTC

**Body** I don't hate you I'm just I dunno on the fence

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:58:55 UTC

**Body** and stay where your comfortable but i owe you my life

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:59:49 UTC

**Body** i'd definitely let you be a cannibal and eat me if you wanted to is all i'm saying

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:01:15 UTC

**Body** bigger fish to fry than eating you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:01:34 UTC

**Body** maybe if I was completely out of my mind I would

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:02:39 UTC

**Body** i'd eat you wonder what part of you taste best

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

Meta Platforms Business Record Page 478

2026-05-12 03:03:06 UTC

**Body** I think I heard palm is best

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:03:07 UTC

**Body** only you though fuck everyone else

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:03:20 UTC

**Body** palm i wonder why that is

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:03:30 UTC

**Body** I dunno I could be remembered wrong

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:04:16 UTC

**Body**

remembering oops

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:04:40 UTC

**Body** i don't eat them but bbq ribs are apparently good so what about human ribs

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:05:01 UTC

**Body** Ethan sent a sticker.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:05:08 UTC

**Body** it's probably the same

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:05:15 UTC

**Body** isn't human meat sweeter too

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:05:23 UTC

**Body** and that's why it's so addicting

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:05:42 UTC

**Body** lets ask Epstein

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:05:52 UTC

**Body** lemme dial him up

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:07:28 UTC

**Body** trumps had his fare share can definitely ask him aswell

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:07:42 UTC

**Body** fare

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:08:22 UTC

**Body** I cut my hair

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:09:05 UTC

**Body** wait actually it was pretty how short did you cut it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:10:06 UTC

**Body** Are you still doing black haven't fully set on dying your hair pink or any other color yet?

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:12:48 UTC

**Body** I kept it long I just did kinda emo hair I guess

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:12:52 UTC

**Body** I think it looks better

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:13:28 UTC

**Body** Reacted 😂 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:13:31 UTC

**Body** I bet it does

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 105

2026-05-12 03:13:43 UTC

**Body** wish i could see

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:14:17 UTC

**Body** i mean my hair is different aswell still curly but i just style it differently

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:14:28 UTC

**Body** longer to

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:15:12 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1528037858741364 (1528037858741364)

       **Type** image/jpeg

       **Size**

Meta Platforms Business Record Page 242

15623

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/688952142_1528037862074697_397200940463070841_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QEr7i55Ln2CrJ_G7YV_1QuyisiLAwnT-R_qstXBNNDKPA&oe=6A33334F



Meta Platforms Business Record Page 2376

**Linked Media File:** linked_media/unified_message_1528037858741364.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:16:21 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-855267186944671 (855267186944671)

       **Type** image/jpeg

       **Size** 25646

       **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/632993050_1364801472114454_6666106222528553147_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFu2r25unUNcyCFAZIi2O82AEBMc_gnkVFLV5yurpXDdw&oe=6A33231B



**Linked Media File:** linked_media/unified_message_855267186944671.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:16:34 UTC

**Body** Heh hey there

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:16:42 UTC

**Body** You sent a GIF.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**      **Date Created** Unknown

**Url** https://media1.giphy.com/media/v1.Y2lkPTIwMmUwMjFmY25ydmxxNTdzYXNxaHZyOTF3
bTc5OGJraTdkbDdwdWpkN3poMDBjeSZlcD12MV9naWZzX2dpZklkJmN0PWc/IrzlS7VW5m
tXfyyxnD/200.gif

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:23:29 UTC

**Body** sorry my dog needed attention

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:23:51 UTC

**Body**

Uhhhh can i uhhh can i be your cat boy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:24:23 UTC

**Body** hows lulu been doing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:24:38 UTC

**Body** being a pain in my side

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:24:43 UTC

**Body** I miss lucy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:26:45 UTC

**Body** always i didn't really get to know lucy all that well but you let me know how she was a chill dog i was getting to know her

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:26:52 UTC

**Body** but i would have loved to meet her one day

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:27:36 UTC

**Body** you can meet her ashes😩

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:28:07 UTC

**Body** Stop

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:28:18 UTC

**Body** 😩

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 26

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:28:26 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-26298214929858040 (26298214929858040)

       **Type** image/jpeg

       **Size** 15874

       **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/688198910_1016823917669300_1973062145272299636_n.jpg?stp=dst-jpg_p600x600_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHEqt2Bg-6ont431mUpRhqb8xxYdNjtcnA8MiedT8VCug&oe=6A331B86



111

Meta Platforms Business Record Page 30

**Linked Media File:** linked_media/unified_message_26298214929858040.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:28:44 UTC

**Body** how is ur dog

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:29:05 UTC

**Body** sleeping behind me right now he's so chill

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:29:11 UTC

**Body** already potty trained and everything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:29:19 UTC

**Body** hell yeah

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:29:42 UTC

**Body** sometimes lulu pisses in the house if its raining :| I hate her sm she's gross dude

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:30:58 UTC

**Body** Lulu is lulu i still remember dying laughing at her earrapeing the mic you would like make her growl into the mic

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:31:02 UTC

**Body** and it was like cursed

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:32:19 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments**

Meta Platforms Business Record Page 2.62

(1294987455499482)

**Type** image/jpeg

**Size**

**URL** https://interncache-eag.fbcdn.net/v/t69.46293-
2/692553315_1294987458832815_6178605925910141203_n.?stp=dst-
jpg_p843x403_tt6&ccb=1-
7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50
TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9kYXRhX21vZGVsIn0%3D&_nc_
zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVIQ&oh=03_Q7cD5QFVQNrbSTwbXNwHZpmR1msurG
5a0AirftR7eJXmrk5nkA&oe=6A0D894E

**Product Type** REPLAYABLE



114

**Linked Media File:** linked_media/unified_message_1294987455499482.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:33:37 UTC

**Body** aweeeee kawaiiii

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:33:47 UTC

**Body** bro she still growls like that and it's so loud

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:33:50 UTC

**Body** He's my twink dog

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:33:58 UTC

**Body** Fritz is a twink lowkey

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 074

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:34:17 UTC

**Body** what about the bunnies did you also kill them like the last one you had

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:34:56 UTC

**Body** Stop

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:01 UTC

**Body** it was sick

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:07 UTC

**Body** i swur

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 05726

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:14 UTC

**Body** i'm going to break my monitor i swur

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:30 UTC

**Body** They are still doing great

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:41 UTC

**Body** i love them especially the white one

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:38:10 UTC

**Body** I wish I had a bunny

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 962

2026-05-12 03:38:21 UTC

**Body** i'll give you one i have 3

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:39:23 UTC

**Body** okii

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:41:30 UTC

**Body** Im not going to hold you against your will and make you talk to me 😩

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:42:14 UTC

**Body** stay on the fence till you trust me but know i love you and id do anything that comes to your mind

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:43:09 UTC

**Body**

any desire any thing you fantasize about i loved you and i finally feel like i can be myself and be 100% with you now that you know im crazy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:44:19 UTC

**Body** But you've known that just not every detail sorry if i stressed

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:44:28 UTC

**Body** i have a question though

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:45:19 UTC

**Body** what is iy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:45:21 UTC

**Body** it

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:45:35 UTC

**Body** can we be moots again

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:46:20 UTC

**Body** yesss

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:46:59 UTC

**Body** No weird intentions just know i'm here and i want to do what i said but it's going to take some time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:47:08 UTC

**Body** you can probably agree on that

**Disappearing Message** Off

**Disappearing Duration**

Meta Business Record Page 09

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:47:44 UTC

**Body** what do you think

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:48:21 UTC

**Body** yeah I know

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:49:00 UTC

**Body** We will talk about it again when your ready i'm not backing out on you so don't back out on me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:49:48 UTC

**Body** I'm not backing out

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 972

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:49:51 UTC

**Body** trust me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:51:08 UTC

**Body** i love you girl hey i'd love to play some time just let me know i'm still rusty at dbd i played trickster earlier trying to get better with him

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:52:05 UTC

**Body** okii maybe tmrw if you're not busy I shouldn't be unless my friend wants to play

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:52:25 UTC

**Body** kinda have just been bumming it and playing on my own i've been playing a lot of silent hill and resident evil

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Business Record Page 376

2026-05-12 03:52:29 UTC

**Body** Reacted 💗 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:53:03 UTC

**Body** Yeah of course i'll be free more and likely but you do you if you don't have anyone and wanna run something text me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:54:44 UTC

**Body** I finished that one game I was playing for you the girl with the gun and she's shooting ghost

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:55:08 UTC

**Body** I wanna get sallyface but I'm waiting to see if it goes on sale

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:55:55 UTC

**Body**

it's only 15 should just get it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:56:41 UTC

**Body** i was waiting for the remaster of postal 2 to come out

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:56:46 UTC

**Body** if you know what that is

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:58:41 UTC

**Body** yeaaaahhh but I only have 50 bucks ;~; the arcade wasn't hiring ofc so I'm broke

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:01:28 UTC

**Body** Fuck the arcade man

**Disappearing Message**

Meta Platforms Business Record Page 273

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 04:01:43 UTC

**Body** fr

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:01:50 UTC

**Body** litterly no where in your town hires apprenntly

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 04:02:53 UTC

**Body** well probably food places but I refuse to work there

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:03:46 UTC

**Body** the right mindset honestly

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 04:08:40 UTC

**Body** i lost the video that I had for the nso endings and I'm really sad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:21:25 UTC

**Body** wait like what do you mean a video you made of the nso endings or like your saved data

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:22:09 UTC

**Body** i honestly could see you getting the platinum trophy for nso

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:22:20 UTC

**Body** i loved watching you play i got invested

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 376

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 04:30:34 UTC

**Body** no I saved a video to help me figure out the endings but I lost it I think it was on my account that got banned

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:40:15 UTC

**Body** Damn it faaaak definitely go back and find it then platinum it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 19:45:57 UTC

**Body** I can't

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 00:05:26 UTC

**Body** i just ordered stuff to larp Jeff

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-13 02:39:29 UTC

**Body** boi I just roke up

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 02:39:32 UTC

**Body** wat did you get

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 02:55:44 UTC

**Body** i roke up at around 6:30ish

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 02:57:25 UTC

**Body** Heh i got my contacts from Moco queen and i got wet n wild black and white eye liner eye shadow

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 02:58:28 UTC

**Body**

and i got a immetee Scar wax kit with fake blood

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 02:58:56 UTC

**Body** and i already have the white hoodie and black jeans black trousers could also work

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:00:33 UTC

**Body** i also got a better razor it's retractable kinda like yours

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:01:45 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-2036721831055752 (2036721831055752)

        **Type** image/jpeg

        **Size** 52650

        **URL**

Meta Platforms Business Record Page 978

https://interncache-eag.fbcdn.net/v/t1.15752-9/614899677_955496780491380_1911895183787476664_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpcHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QELmtjAYjMZeJ0jKor6gGSgwHJd-WDV7FZLY1Ww85B2qg&oe=6A333483



Case 2:26-mj-00268-JHE   Document 7-9   Filed 06/29/26   Page 131 of 283

Meta Platforms Business Record Page 373

**Linked Media File:** linked_media/unified_message_2036721831055752.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 03:07:18 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-2822478858117867 (2822478858117867)

**Type** image/jpeg

**Size** 32423

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/687641597_2822478864784533_3620516336465997362_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFO-BAksaTM_xMoehqCOFWzbn496R9k309sYa8mNqgetQ&oe=6A3346EE



**Linked Media File:** linked_media/unified_message_2822478858117867.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 03:07:28 UTC

**Body** hell yeah

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:37:53 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-2336757006873241 (2336757006873241)

**Type** image/jpeg

**Size** 72734

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-
9/688033156_2336757010206574_6063957905438061988_n.jpg?ccb=1-
7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9
nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2
RlbCJ9&_nc_ad=z-
m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHWMyxvKk1Mf4n4SHvgXmGAq70y
o3JtA7eg-ypBYDThlg&oe=6A33426C



**Linked Media File:** linked_media/unified_message_2336757006873241.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 03:43:49 UTC

**Body** You sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**

    **Date Created** Unknown

    **Text**

    **Url** https://www.instagram.com/reel/DVW_lTjDTbr/?id=3843538972547299051_31801443548

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:48:23 UTC

**Body** Reacted 😵 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:48:25 UTC

**Body** the pot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 262

2026-05-13 03:49:43 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** Mark Zimmermann (born 11 May 1998), better known online as ohnePixel, is a German Twitch streamer and YouTuber widely recognized for his deep expertise in skins and trading within Counter-Strike: Global Offensive and Counter-Strike 2. He has grown into the second-largest Counter-Strike streamer worldwide, surpassed only by Gaules. Early life Zimmermann was born on 11 May 1998 and raised in Lüneburg, Lower Saxony, Germany. Career ohnePixel began his streaming career in 2021. Following the release of Counter-Strike 2, he became especially prominent for regularly streaming the game and highlighting bugs and issues. In July 2023, he received a donation of CS:GO items valued at approximately $129,000. The items, largely consisting of in-game cases, were opened live on stream in what became the largest case-opening event in the game's history—though it ultimately resulted in a major loss. In 2024, ohnePixel partnered with YouTuber zipel to launch a skin marketplace, which quickly crashed due to overwhelming demand. He later acquired the platform Skinbid together with ULTI Agency. Beyond content creation, ohnePixel also signed and coached a Counter-Strike team, DRILLAS, aiming to qualify for the Perfect World Shanghai Major 2024. The team successfully reached the APAC RMR after winning the Middle Eastern qualifiers but was eliminated shortly thereafter. Their participation sparked controversy, as only two of the five players were from the APAC region, leading to criticism from the APAC community, who viewed the move as an attempt to take a regional slot away from local teams. #CounterStrike #CSGO #CS2 ohnepixel

**Url** https://www.instagram.com/reel/DX8S80UgYav/?id=3890067522325677743_41425077051

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:50:42 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** Tonight, @thv took a turn in the audience as he watched @gracieabrams and @dojacat perform at #VogueWorld: Hollywood. No stranger to a fashion show either, the @bts.bighitofficial star dressed in a look that could have easily appeared on the runway.

**Url** https://www.instagram.com/reel/DYJK45-qdAi/?id=3893691243848912930_21444784387

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 04:17:18 UTC

**Body** bruh I saw that the other day

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethan0.bps (Instagram: 22247011280)

**Sent**

Meta Business Record Page 135

2026-05-13 04:47:42 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**     **Date Created** Unknown

**Text** #minecraft #challenge #clips #alive #viral

**Url** https://www.instagram.com/reel/DYl0SLgtqCd/?id=3893591825590952093_46467668437

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 04:48:12 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-2373788429769232 (2373788429769232)

**Type** image/jpeg

**Size** 17510

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/632946645_1972813003594076_784445952180042963_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHx6m6bUvN-j_tlD2GPckpYWXwNAc6Eq66Gj7LlBBgFlA&oe=6A3320AD



Meta Platforms Business Record Page 2746

**Linked Media File:** linked_media/unified_message_2373788429769232.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 04:49:42 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (742461578957055)

> **Type** image/jpeg
>
> **Size**
> **URL** https://interncache-eag.fbcdn.net/v/t69.46293-
> 2/696128670_742461582290388_8828406898276214367_n.?stp=dst-
> jpg_p843x403_tt6&ccb=1-
> 7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
> 9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9k
> YXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=
> 03_Q7cD5QGNIXEwmrUAiN4EEO3fXCUKhi8KNv6le5j8efieSFvNGQ&oe=6A0DB2
> F1
>
> **Product Type** REPLAYABLE



Meta Platforms Business Record Page 235

**Linked Media File:** linked_media/unified_message_742461578957055.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 04:52:03 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1612488676510173)

**Type** image/jpeg

**Size**

**URL** https://interncache-eag.fbcdn.net/v/t69.46293-2/696488156_1612488679843506_850806332032684292_n.?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFWFVdGlscy1vdGhlcl9kYXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=03_Q7cD5QEFXJOVrl3EZHtWG19N5kUgP6x2cSxaK_7VQHmALSP1yA&oe=6A0D8FC5

**Product Type** REPLAYABLE



**Linked Media File:** linked_media/unified_message_1612488676510173.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 05:05:20 UTC

**Body** ZOOWEEMAMA

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:25:28 UTC

**Body** Reacted ⓐ to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:29:03 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1505059037869708)

> **Type** image/jpeg
>
> **Size**
> **URL** https://interncache-eag.fbcdn.net/v/t69.46293-
> 2/672009995_1505059041203041_1587454798170313080_n.?stp=dst-
> jpg_p843x403_tt6&ccb=1-
> 7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
> 9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9k
> YXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=
> 03_Q7cD5QGuiGef-
> evYk8p4gvnS8EZb0WB3PgJcNGpihY9XPGRRKA&oe=6A0D8226
>
> **Product Type**

Meta Platforms Business Record Page 872

REPLAYABLE



**Linked Media File:** linked_media/unified_message_1505059037869708.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:29:18 UTC

**Body** Fake news Leon doesn't die ever

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:31:21 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Text** Tonight, @thv took a turn in the audience as he watched @gracieabrams and @dojacat perform at #VogueWorld: Hollywood. No stranger to a fashion show either, the @bts.bighitofficial star dressed in a look that could have easily appeared on the runway.

**Url** https://www.instagram.com/reel/DYCv1jaChem/?id=3891883416337651622_24051069079

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:31:30 UTC

**Body** dude what the fak

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 2

2026-05-13 05:33:28 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Text** What fell on bro 😵 #funny #skits #comedy #explore

**Url** https://www.instagram.com/reel/DYPt49YOt7o/?
id=3895534028987227880_61444468490


**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 05:38:29 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-835703332939891 (835703332939891)

**Type** image/jpeg

**Size** 49488

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-
9/642751809_1602772487631787_8344265172416997675_n.jpg?stp=dst-
jpg_p720x720_tt6&ccb=1-
7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9
nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2
RlbCJ9&_nc_ad=z-
m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFfJ0qk2kZmr_j1slxV8pbZIOYkX1lti3
OqKzdklddaqw&oe=6A332E71



Meta Platforms Business Record Page 2976

**Linked Media File:** linked_media/unified_message_835703332939891.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:45:19 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1448907583641531 (1448907583641531)

      **Type** image/jpeg

      **Size** 24593

      **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/668134984_2108027636649267_8617075360835542959_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHj5IzWq_3waF32SAjNc0ZdPLQIVor8QW8WuHxm7_V9dw&oe=6A333CF4



143

Meta Platforms Business Record Page 92426

**Linked Media File:** linked_media/unified_message_1448907583641531.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 05:53:41 UTC

**Body** deez nuts

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:54:58 UTC

**Body** Who's the guy that made the song Thunder

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 05:56:28 UTC

**Body** ur not slick buddy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:57:44 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 92

7 days

**Attachments** image-1647604406491500 (1647604406491500)

> **Type** image/jpeg
>
> **Size** 29066
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/700096462_1647604409824833_6556989969102308695_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHexmUViXL-iVCqPZTwqJm6CwVsovedztEjNuJ2QpM3mg&oe=6A332820
>
>

Meta Platforms Business Record Page 93

**Linked Media File:** linked_media/unified_message_1647604406491500.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 14:57:40 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**  **Date Created** Unknown

**Url** https://www.instagram.com/stories/kissmyxm15/3896018586691358921

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 14:58:54 UTC

**Body** So freaking adorable you need to let me watch you play NGO again or honestly DDLC because i never got to watch you play

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 15:00:38 UTC

**Body** also i didn't say this but i ordered something that i think you'll like not going to show you till they get here though

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 17:30:46 UTC

**Body**

146

YES YES YOU SHOULD WATCH ME GET THE REST OF THE ENDINGS

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 17:30:57 UTC

**Body** how long

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:14:05 UTC

**Body** i feel back to sleep i didn't go to sleep till 7 something 😩

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:14:49 UTC

**Body** but im going to KMS because for all my cosplay stuff to arrive it's going to be like 2 weeks

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:16:04 UTC

**Body** But on other stuff should either Tuesday or Wednesday

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:16:18 UTC

**Body** Actually dreadful i need it NOW

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 18:18:29 UTC

**Body** I'll go pack it and deliver it myself since they take too long :D

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:20:45 UTC

**Body** PLEASE PLEASE I NEED IT

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:21:05 UTC

**Body** i want to tell you but it would ruin the surprise

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:23:50 UTC

**Body** I may get prime it does speed it up a few days

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 18:28:24 UTC

**Body** just wait

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 19:08:08 UTC

**Body** Mayyyybe

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 19:08:13 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments**

Meta Platforms Business Record Page 97

image-1474044580834817 (1474044580834817)

**Type** image/jpeg

**Size** 24127

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/652710723_1477780077113958_465178275851310122_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50WVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QH87XUNmv03ACc231H5STwB0HrEX_yIx8klF1Rta2QSTw&oe=6A33280E



Meta Platforms Business Record Page 98

**Linked Media File:** linked_media/unified_message_1474044580834817.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 19:34:12 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-983466247430590 (983466247430590)

> **Type** image/jpeg
>
> **Size** 15874
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/688198910_1016823917669300_1973062145272299636_n.jpg?stp=dst-jpg_p600x600_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHEqt2Bg-6ont431mUpRhqb8xxYdNjtcnA8MiedT8VCug&oe=6A331B86



**Linked Media File:** linked_media/unified_message_983466247430590.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 19:51:24 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:09:40 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** ☀️ 로스앤젤레스는 도로를 흰색으로 칠하고 있습니다 🇺🇸 극심한 폭염과 '도시 열섬 현상'에 대응하기 위해, 시는 검은 아스팔트 도로 표면에 특수 반사 도로를 적용하고 있습니다. 이 간단한 방법으로 태양열을 흡수하는 대신 우주로 반사시켜, 도로 표면 온도를 최대 약 15도까지 낮출 수 있습니다. 이는 도시를 식히고, 혹독한 여름에 사람들의 생명을 보호하기 위한 대규모 실험입니다. #일본 #혁신 #지속가능한발전 #기술 #극한환경

**Url** https://www.instagram.com/reel/DXmovleiNLw/?id=3883970920570213104_25682729686

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:15:00 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text**

buny is in the bath 💗 🎀 this is so high effort follow me! #waitimbnuyy

**Url** https://www.instagram.com/reel/DSUcsubkiFn/?id=3788779405339402599_77187070466

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:20:50 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

   **Text** 请您说得慢些好吗 🔥🔥🔥 #reels #funny #viral #meme #dankmemes #fnafmemes

   **Url** https://www.instagram.com/reel/DR7Eb3ckcvW/?id=3781635819254696918_67221806338

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:21:04 UTC

**Body** bruh yk how last time I saw my mom I thought she was gonna die

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:21:21 UTC

**Body** yeah I'm pretty sure she actually is now at least how the nurse was talking she is

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-13 20:21:25 UTC

**Body** bc her liver

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:21:32 UTC

**Body** and also her hip is worse

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:21:34 UTC

**Body**

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:23:04 UTC

**Body** what the hell this isn't fair at all like actually not to you or her i know you don't really see her but do you think you will this time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:23:20 UTC

**Body**

154

Have you talked to her on the phone any sense the last time we talked about it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:24:08 UTC

**Body** no like I made an effort to see her this time hoping maybe it would help but it's like really bad this time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:24:11 UTC

**Body** so

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:24:44 UTC

**Body** her ammonia levels are like 2 or 300 which is shit so she is really confused and just it's just bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:27:27 UTC

**Body** kat i'm sorry the shit you go through would put me out i don't know how you manage i know it's hard from how me and you have talked about it over time

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:28:14 UTC

**Body** why do these things happen to you in your life everything gets worse by the day it seems and i just want to help you find some way out of it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:28:32 UTC

**Body** Are you saying you are going to make the effort to go see her or you have already gone and seen her

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:29:49 UTC

**Body** no I've been seeing her for the past couple of weeks

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:30:59 UTC

**Body** she can't get a transplant on her hip bc she needs her liver first but that's gonna be over 6 months and even if she survives she has to get on the list then which could be even longer so like idk

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:31:03 UTC

**Body** if that makes sense to you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:31:16 UTC

**Body** but it's just gonna be a long time and her liver is shit so it's fucking her up bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:31:48 UTC

**Body** and then my aunt died apparently today but it doesn't bother me much bc I wasn't close to her like I use to be

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:32:39 UTC

**Body** Bro what is wrong with the doctors they have a person dying right in front of them and they want her to wait even longer actually pisses me off knowing that there isn't actually nothing that can be done

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 363

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:33:06 UTC

**Body** it's just kinda like a bomb waiting to go off and the doctors just don't care

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:34:06 UTC

**Body** it's not really the doctors fault you have to understand her past with drugs she's been in this hospital a bunch and so it's kinda like why transplant to a druggie when there are others who need it to live when she could just go back to drugs and mess herself up again

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:34:16 UTC

**Body** it's really just her fault

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:34:21 UTC

**Body** she knows it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-13 20:34:30 UTC

**Body** everyone does but we are still trying

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:35:07 UTC

**Body** I really had so much hope to fix my relationship w my mom but there's no point it's just another reason to kms really

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:38:43 UTC

**Body** i know but she is a person to at that someone you actually love and you tried you did try and she seen you coming to visit her and if you don't think she really cared she did she knows why she's there in that state i just wish the doctors cared more even after her history with them

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:40:33 UTC

**Body** and i really am sorry if i brought more stress to you on top of things with you going to visit your mom and seeing her in her condition i didn't know it was getting this bad again i know i've bothered you a lot a few weeks ago

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:42:19 UTC

**Body**

You know i hope to be your temporary escape before we decide anything i know you said just another reason to kys and i want to be with you till the end

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 21:05:09 UTC

**Body** I just I dunno

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 21:05:37 UTC

**Body** I hope she gets better but like she's still in contact with her stupid boyfriend so even if she gets better she's just gonna go back

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 21:05:57 UTC

**Body** it's just out of my control I can't do anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 23:18:29 UTC

**Body** i just woke up from being a chud sleeping all day felt like i needed more

**Disappearing Message**

Meta Platforms, Inc. Business Record Page 163

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 23:20:01 UTC

**Body** And just try to stay busy in the mean time to keep your mind busy if you ever feel like you need to talk about it come to me ok

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 23:20:55 UTC

**Body** what i've been doing to shut my brain off is to sleep all day and play the game at night i wouldn't take tips from me im pretty bad myself but i want to suffer with you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 23:23:25 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1697441084771601 (1697441084771601)

**Type** image/jpeg

**Size** 17347

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/639758623_1626042282148738_2177117138325569843_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QGIoOwv5P6zknBFsCyW4l5DBpJxgv5c2SwThfVij4UDLg&oe=6A3331AD



**Linked Media File:** linked_media/unified_message_1697441084771601.jpg

162

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 01:17:53 UTC

**Body** I'm so sad resident evil never came to the item shop

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 01:17:58 UTC

**Body** I feel scammed

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:19:15 UTC

**Body** Me to honestly I wanted Chris so bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:20:52 UTC

**Body** Scammed out of a game to because they basically threw their game in the garbage

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 2422

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:20:55 UTC

**Body** it's so trash now

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 01:23:12 UTC

**Body** yeah I regret all my money put into it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:23:31 UTC

**Body** you always talked like i would one day

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:23:36 UTC

**Body** and i was in denial

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:23:48 UTC

**Body** but i think you got me because i do to

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:29:12 UTC

**Body** Kat are you going to let me watch you play Needy Girl overdose Later tn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:31:06 UTC

**Body** I know you stay up really late so if you wanna play i'm talking late we should

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:01:07 UTC

**Body** I got my stuff to come in friday

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

164

2026-05-14 03:01:08 UTC

**Body** possibly I dunno if I'm gonna play yet I'm still bummed I lost that cheat code to get the last 5 endings

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:01:21 UTC

**Body** bro payed for prime BAAAAHAAA

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:01:42 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-988303024157490 (988303024157490)

**Type** image/jpeg

**Size** 17510

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/632946645_1972813003594076_784445952180042963_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHx6m6bUvN-j_tlD2GPckpYWXwNAc6Eq66Gj7LlBBgFlA&oe=6A3320AD



Meta Platforms Business Record Page 2023

**Linked Media File:** linked_media/unified_message_988303024157490.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:01:51 UTC

**Body** Im going to eat you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:03 UTC

**Body** eat deez

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:06 UTC

**Body** BAAAAGAAA

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:10 UTC

**Body** DEEZ NUTS

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:12 UTC

**Body** BAAAAAA

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:17 UTC

**Body** You sent a GIF.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Url** https://media3.giphy.com/media/v1.Y2lkPTIwMmUwMjFmcW40cmNmeDh5ZzhnbDk4ND
Z6b2M0c2xwMW91bW1sYXBlNnlhMnd3ZyZlcD12MV9naWZzX2dpZklkJmN0PWc/ly1PWG
Pb7Hz3AI4e3T/200.gif

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:02:23 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1993054821585154 (1993054821585154)

**Type** image/jpeg

**Size** 24096

**URL**

https://interncache-eag.fbcdn.net/v/t1.15752-
9/634140627_1136578538487685_1645603387856400259_n.jpg?ccb=1-
7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVz
c2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-
m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHkNnUGcfM39uRRV9-gAy_--
LngJC8BuOYTAjXvDndK9g&oe=6A33420D



Meta Platforms Business Record Page 944

**Linked Media File:** linked_media/unified_message_1993054821585154.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:02:50 UTC

**Body** but deadass play with me tn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:56 UTC

**Body** okayill try

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:03:35 UTC

**Body** I wanna show you something i was waiting to play but since you don't really know

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:03:40 UTC

**Body** i'll go ahead and show

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:04:22 UTC

**Body** oki

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:04:34 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-988824643664041 (988824643664041)

    **Type** image/jpeg

    **Size** 86036

    **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/688928094_988824646997374_6772259962939886397_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHWoFceY6R_tFFzzuasaxvsxLnbTkZ4XR8KXVjBghX19Q&oe=6A3312A5



Meta Platforms Business Record Page 273

**Linked Media File:** linked_media/unified_message_988824643664041.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:05:00 UTC

**Body** I made you a new one practice makes perfect so obviously can tell i fucked up

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:06:04 UTC

**Body** Don't laugh

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:07:04 UTC

**Body** STOP doing that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:07:33 UTC

**Body** kat it's ok

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:08:01 UTC

**Body** it's not deep

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:08:34 UTC

**Body** it is bigger than the last

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:08:58 UTC

**Body** here i'll give you a sneak peak of what i'm getting

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:09:06 UTC

**Body** okiii

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:09:22 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1283961780383842 (1283961780383842)

**Type** image/jpeg

**Size** 28951

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/689596651_1283961783717175_6674027337726344656_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFsjYw8C40UDftjVtUvReXrkiPsV-qXI56OXVzOYBSQEQ&oe=6A333675



**Linked Media File:** linked_media/unified_message_1283961780383842.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:09:57 UTC

**Body** can't show the ears or collar

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:10:05 UTC

**Body** got to wait for those

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:11:52 UTC

**Body** BRO WHY DID YOU GET THAT

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:12:52 UTC

**Body** Live to see days like this

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:13:03 UTC

**Body** it's past dew honestly

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:13:40 UTC

**Body** should have happened a long time ago

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:16:57 UTC

**Body** and also why are you acting like your not into it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:20:48 UTC

**Body** fine nvm i didn't get the gloves

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

175

Meta Platforms Business Record Page 1823

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 04:04:38 UTC

**Body** yes you did

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 04:05:43 UTC

**Body** made me crawl back into my hiding hole and cringe at myself

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 04:10:08 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1713378016319779 (1713378016319779)

> **Type** image/jpeg
>
> **Size** 32423
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/687641597_2822478864784533_3620516336465997362_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFO-BAksaTM_xMoehqCOFWzbn496R9k309sYa8mNqgetQ&oe=6A3346EE



**Linked Media File:** linked_media/unified_message_1713378016319779.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 04:11:07 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share** **Date Created** Unknown

**Text** 🎬 Death Note (deathnote) 📅 Release Date: 2006 🎬 Studio: Madhouse 🧠 Genre: Psychological • Thriller • Supernatural • Mystery 📖 Storyline Light Yagami was never meant to live an ordinary life. Gifted with unmatched intelligence and cursed with unbearable boredom, he saw the world for what it truly was—a broken system where evil thrived and justice remained blind. Everything changed the day he found the Death Note, a black notebook that carried the power of a god. With a single name and a face in mind, he could end anyone's life. At first, it felt like justice. Criminals began dying. The world began to change. And Light began to believe he wasn't just human anymore. He was becoming something greater. But power never exists without opposition. Somewhere in the shadows stood L, a detective so brilliant that he could challenge even a god. Their battle was never fought with fists or weapons, but with intellect, manipulation, and psychological warfare. Every move was calculated. Every word carried hidden meaning. Light lived as both hunter and hunted, pretending to be innocent while secretly shaping the fate of the world. He sacrificed emotions, relationships, and pieces of his humanity, all for the sake of becoming the god of a new world. Yet the Death Note was never just a weapon—it was a mirror. It revealed the truth about Light himself. The more he used it, the further he drifted from justice and closer to tyranny. What began as a mission to save the world slowly became a mission to control it. The line between hero and villain disappeared completely. In the end, the greatest question was never whether Light could defeat his enemies, but whether he had already lost himself. Because the moment a human believes they are justice, they stop being human at all.

**Url** https://www.instagram.com/reel/DWxvVKWkaQI/?id=3869081717299061768_80194321766

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 04:11:52 UTC

**Body** wait this is cannon 100%

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 04:33:13 UTC

**Body** if light was STUPID MAYBE

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-14 05:15:18 UTC

**Body** i know the show has been peak i'm not going to lie sorry for ever doubting that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 05:16:18 UTC

**Body** im on episode 24

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 05:17:14 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1635209934423042)

　　　　　**Type** image/jpeg

　　　　　**Size**
　　　　　**URL** https://interncache-eag.fbcdn.net/v/t69.46293-
　　　　　　　　2/699529331_1635209937756375_4581769747255929017_n.?stp=dst-
　　　　　　　　jpg_p843x403_tt6&ccb=1-
　　　　　　　　7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
　　　　　　　　9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9k
　　　　　　　　YXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=
　　　　　　　　03_Q7cD5QFoEHsKpyxH515LWjnk1UbhJJxgsd0hnce-
　　　　　　　　R2HgBDLB7g&oe=6A0DA46F

　　　　　**Product Type** REPLAYABLE



**Linked Media File:** linked_media/unified_message_1635209934423042.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 13:14:13 UTC

**Body** took you long enough

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 14:51:18 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share** **Date Created** Unknown

**Text** Chudthebuilder, whose real name is Dalton Eatherly, is a Clarksville, Tennessee-based contractor, IRL livestreamer, and social media personality known for provocative "rage-bait" and race-bait videos. He often approaches strangers (frequently Black people in public), uses racial slurs like the N-word, films their reactions, and frames it as exposing "chimp outs" while branding himself as a free speech patriot and America First Christian. He has built a large following on X (over 220k) through confrontational content that supporters praise as bold truth-telling and critics slam as racist trolling. Very recent events (as of May 13, 2026): Just days after being arrested in Nashville on May 9 for allegedly causing a scene at a steakhouse, refusing to pay a nearly $400 bill while livestreaming, and charges including theft of services, disorderly conduct, and resisting arrest, he was involved in a shooting outside the Montgomery County Courthouse in Clarksville. A man allegedly confronted and attacked him after mocking his content; Eatherly fired multiple shots in claimed self-defense, hitting the other man and accidentally grazing himself. Both were hospitalized in stable condition, and he was taken into custody as the incident is investigated. #chudthebuilder #viral

**Url** https://www.instagram.com/reel/DYTB2KLIG0h/?id=3896466222427958561_39603799391

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 14:51:47 UTC

**Body** Reacted 🙄 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-14 22:24:33 UTC

**Body** Do you like watching parodies

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 22:24:56 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1263301255783868)

>**Type** image/jpeg
>
>**Size**
>**URL** https://interncache-eag.fbcdn.net/v/t69.46293-
>2/696224289_1263301259117201_7536477787611891466_n.?stp=dst-
>jpg_p843x403_tt6&ccb=1-
>7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
>9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9k
>YXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=
>03_Q7cD5QFM4DbgGGUx9yWmfzTXA1KOkhemawBGU_Lv4m27qiUiyg&oe=6A
>0DAEBB
>
>**Product Type** REPLAYABLE



Case 2:26-mj-00268-JHE   Document 7169   Filed 06/29/26   Page 182 of 283

**Linked Media File:** linked_media/unified_message_1263301255783868.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 23:19:41 UTC

**Body** no

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 23:19:58 UTC

**Body** A pair of Deez Nuts

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 23:20:19 UTC

**Body** well I said no so that's not how it works

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 23:21:14 UTC

**Body** damn

**Disappearing Message** Off

**Disappearing Duration**

182

Meta Platforms Business Record Page 183

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 23:21:25 UTC

**Body** worth a shot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 00:15:16 UTC

**Body** You sent a GIF.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Url** https://media2.giphy.com/media/v1.Y2lkPTIwMmUwMjFmYzZ2aDV2YXI0NWlqd2l3a2c5N
G41dHRxamRsandneXNoMGNzcTRwaCZlcD12MV9naWZzX2dpZklkJmN0PWc/GTEcxSyjz
XQkObiGjc/200.gif

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:01:18 UTC

**Body** holy chud i actually slept all day Alriiiiight where r you finding these gifs

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:04:14 UTC

**Body** Ethan sent an attachment.

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Share** **Date Created** Unknown

**Text** 🇯🇵 札幌（特集第2弾）が「北極圏ソーラー蓄電アイスリンク」を導入しました！ これは1MWの太陽光発電アレイと2MWhのバッテリーシステムを利用して、札幌にある世界最大級のアイスリンク複合施設に電力を供給するものです。夏に蓄えた太陽エネルギーを使って極夜の期間に氷を凍らせることで、日本北部の都市が世界初の太陽光発電によるウィンタースポーツの拠点となりました！☀️🔋⛸️❄️⚡ この季節間のエネルギー貯蔵ソリューションにより、氷のメンテナンスからディーゼル燃料の使用が完全に排除されました。 札幌は北方の長い日照時間の太陽光をアイスリンクのエネルギーとして蓄え、日本屈指のウィンタースポーツ都市のアイスホッケー場を冬の夜でもクリスタルのように美しく輝かせています。 🇯🇵 夏の太陽が冬の氷を凍らせる — 札幌は、季節間の蓄電ソリューションが寒冷地のウィンタースポーツの動力源になり得ることを証明しています！ ⛸️💚 #Sapporo #Japan #SolarStorage #IceRink #WinterSports #CleanEnergy #SeasonalBattery credit: tt/blue_buu

**Url** https://www.instagram.com/reel/DYEmZWXCsHG/?id=3892404845718192582_31687376900

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:37:10 UTC

**Body** MIKOR perfect

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:37:19 UTC

**Body** what he meant to say^

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:08 UTC

**Body** I've been wanting to get a switch just to play tomodachi life

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

Meta Platforms Business Records

2026-05-15 02:52:23 UTC

**Body** bro it's not worth it trust

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:24 UTC

**Body** Kat

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:52:30 UTC

**Body** it'll be dead by next month

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:37 UTC

**Body** Im going to start the allegations again

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:52:42 UTC

**Body**

185

huh

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:42 UTC

**Body** since your so rich

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:45 UTC

**Body** Buy me one

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:52:52 UTC

**Body** I'M NOT RICH

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:53:04 UTC

**Body** im going to start rage baiting again

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:53:07 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-843713578237066 (843713578237066)

**Type** image/jpeg

**Size** 17510

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-
9/632946645_1972813003594076_784445952180042963_n.jpg?ccb=1-
7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9
nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2
RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHx6m6bUvN-
j_tlD2GPckpYWXwNAc6Eq66Gj7LlBBgFlA&oe=6A3320AD



Meta Platforms Business Record Page 184

**Linked Media File:** linked_media/unified_message_843713578237066.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:53:13 UTC

**Body** I can't even buy sallyface bc I'm broke how am I gonna get you a switch

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:53:59 UTC

**Body** Ethan sent a video.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1174095701456946)

**Type** video/mp4

**Size**
**URL** https://video.xx.fbcdn.net/o1/v/t2/f2/m549/AQNjs9R76rXt-
0XUOkhdX3BsUY1HodPGybzgecYsIzaiSCjtb55zr3h07e3RYQtYDD9aGW43xjh7C
vxUWbCEUAKcrL437lih4Em-YsZv6Q.mp4?
_nc_sid=494a23&_nc_ht=video.xx.fbcdn.net&ccb=17-
1&_nc_gid=8jhDceyr1MdphpzSGzVVIQ&_nc_zt=28&oh=03_Q7cD5QHbCR0jO4
1HgPMyKIhk65TkZQreWNUQIytOsV3sgchEbw&oe=6A0D8F02

**Product Type** REPLAYABLE



Meta Platforms Business Record Page 189

**Linked Media File:** linked_media/unified_message_1174095701456946.mp4

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:54:04 UTC

**Body** Bro he thinks he's slick

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:54:56 UTC

**Body** Ill apple pay you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:56:06 UTC

**Body** why tf is overwatch in fortnite

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 03:22:38 UTC

**Body** NO

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms, Inc. Business Record

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 03:22:53 UTC

**Body** I dunno but I wish they added dva with long hair

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 03:22:56 UTC

**Body** I would've copped

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 03:23:17 UTC

**Body** ragebait

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 03:23:37 UTC

**Body** overwatch in 2026 i don't know have you played any lately

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 04:16:52 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**      **Date Created** Unknown

**Text** 🎮 Tomodachi Life On a quiet island, you become the unseen architect of a bizarre little world where Mii characters—friends, celebrities, or completely random creations—live out their daily lives. There's no traditional "storyline" pushing things forward; instead, the game thrives on spontaneous, often hilarious interactions. Islanders form friendships, argue over nonsense, confess love in dramatic ways, and sometimes break hearts just as quickly as they built them. As the caretaker, you step in to solve their problems—whether it's giving advice, choosing outfits, feeding them strange foods, or guiding their relationships. Over time, deeper bonds form: couples get married, have children, and expand the island's population. Dreams, musical performances, and absurd mini-events add to the surreal charm, making every moment feel unpredictable and oddly personal. Ultimately, Tomodachi Life isn't about reaching an ending—it's about watching a living, evolving social experiment unfold. The "plot" is whatever chaos your Miis create, blending comedy, randomness, and a surprisingly emotional connection to these tiny digital lives. #TomodachiLife #LifeSimulation #Nintendo3DS #WeirdComedy #VirtualChaos

**Url** https://www.instagram.com/reel/DXfDNCIxHq_/?id=3881835493603965631_80439961323

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 19:14:14 UTC

**Body** yeah a little bit

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 19:50:56 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**      **Date Created** Unknown

**Text** #🇯🇵 Japan is turning footsteps into electricity! Using piezoelectric tiles, every step you take generates a small amount of energy. Millions of steps together can power LED lights and displays in busy places like Shibuya Station. A brilliant way to create a sustainable and smart city • turning m...

**Url** https://www.instagram.com/reel/DVr8z4lDFN2/?id=3849437754753307510_42215223634

**Author**

191

Meta Platforms Business Record Page 192

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 19:51:00 UTC

**Body** sorry

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 19:51:21 UTC

**Body** kat i'm actually such a twink i'll show you in a little bit you'll understand

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 22:46:51 UTC

**Body** You sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Text** Tonight, @thv took a turn in the audience as he watched @gracieabrams and @dojacat perform at #VogueWorld: Hollywood. No stranger to a fashion show either, the @bts.bighitofficial star dressed in a look that could have easily appeared on the runway.

**Url** https://www.instagram.com/reel/DYXSi2SOe47/?id=3897665562099707451_26043521587

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 23:10:11 UTC

**Body** Reacted 😂 to your message

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 01:34:05 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**      **Date Created** Unknown

**Text** # 🇯🇵 Japan is turning footsteps into electricity! Using piezoelectric tiles, every step you take generates a small amount of energy. Millions of steps together can power LED lights and displays in busy places like Shibuya Station. A brilliant way to create a sustainable and smart city • turning m...

**Url** https://www.instagram.com/reel/DVQH3GBFJYx/?id=3841605054504408625_79031233598

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 01:40:29 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**      **Date Created** Unknown

**Text** # 🇯🇵 Japan is turning footsteps into electricity! Using piezoelectric tiles, every step you take generates a small amount of energy. Millions of steps together can power LED lights and displays in busy places like Shibuya Station. A brilliant way to create a sustainable and smart city • turning m...

**Url** https://www.instagram.com/reel/DVgjPEVjPbU/?id=3846229048850970324_72487175976

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 20:11:54 UTC

**Body** Don't want to get caught i've already been questioned twice why i'm buying guns

**Disappearing Message**

Meta Platforms Business Record Page 2946

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 20:37:27 UTC

**Body** talking guns anything you would like to use someday or try

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 21:06:50 UTC

**Body** I dunno why

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:16:48 UTC

**Body** i'm kinda surprised i was thinking you would have had a lot to say or had a favorite gun in mind

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:17:24 UTC

**Body** knowing how much your involved with tcc and the way you talked to me the other day

**Disappearing Message** Off

**Disappearing Duration**

194

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 21:37:27 UTC

**Body** I don't have anything to say about it no

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:52:57 UTC

**Body** feeling ok if you want to talk about something u know im here or i can cut for you or get you sally face if you want something to play

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:53:54 UTC

**Body** here i'll leave you alone im never busy so if you want to hang or play anytime lmk

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:55:48 UTC

**Body** Ethan sent 2 photos.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments**

image-1656366922077242 (1656366922077242)

**Type** image/jpeg

**Size** 26920

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/676475349_1656366928743908_5547894231659768682_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHX4aVxWA7Y4nX70PyrWgtRW5q_sIewF64LM_kxU3hVsA&oe=6A3312B0



**Linked Media File:** linked_media/unified_message_1656366922077242.jpg

image-1785252842848148 (1785252842848148)

**Type** image/jpeg

**Size** 76945

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-
9/694794897_1785252846181481_4369101343877957499_n.jpg?stp=dst-
jpg_p843x403_tt6&ccb=1-
7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50T
WVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlCJ9&_nc_ad=z-
m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QGnvoTXx0qw6Cq7NEhjKsFo17oeBG2U6O1FaMOMt
5IkCQ&oe=6A333A5B



**Linked Media File:** linked_media/unified_message_1785252842848148.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 22:04:53 UTC

**Body** oki I'll lyk I'm just feeling kinda sick rn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 22:04:59 UTC

**Body** no way you got them

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 22:08:23 UTC

**Body** you got the hantavirus

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 22:08:57 UTC

**Body** i was going to get paws and collar to but u made me shy

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 23:28:08 UTC

**Body** I hope not I don't wanna drown in lung fluid that's gross

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 02:51:22 UTC

**Body** i creamed Reminded me of bo2 Zombies

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 03:02:29 UTC

**Body** boi

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 05:12:35 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created**

Unknown

**Text** Tonight, @thv took a turn in the audience as he watched @gracieabrams and @dojacat perform at #VogueWorld: Hollywood. No stranger to a fashion show either, the @bts.bighitofficial star dressed in a look that could have easily appeared on the runway.

**Url** https://www.instagram.com/reel/DYaBGpgPOK3/?id=3898433282370233015_76171010460

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 05:15:27 UTC

**Body** You sent a GIF.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share** **Date Created** Unknown

**Url** https://media3.giphy.com/media/v1.Y2lkPTIwMmUwMjFmeHBzcXJjeWpwNmU0ejh4ZWI5 aW5hbmlrdzQzNHN5NzUwZDNoN3U4ayZlcD12MV9naWZzX2dpZklkJmN0PWc/2g6sCTsS oVuSfSxK4W/200.gif

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 05:19:38 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share** **Date Created** Unknown

**Text** #minecraft #challenge #clips #alive #viral

**Url** https://www.instagram.com/reel/DYOPpwvNV6z/? id=3895119568249904819_46467668437

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 05:20:34 UTC

**Body** Reacted 🐱 to your message

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:46:16 UTC

**Body** ethan

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 07:46:37 UTC

**Body** Yeah

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:46:53 UTC

**Body** convince me to go deeper

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 07:48:36 UTC

**Body** I can convince you

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 202

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 07:48:41 UTC

**Body** deeper on what

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:50:37 UTC

**Body** yk what

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:51:06 UTC

**Body** I want to butim always too afraid I'll go too far convince me to do it tn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:52:24 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments**

(1699633531036526)

**Type** image/jpeg

**Size**

**URL** https://interncache-eag.fbcdn.net/v/t69.46293-
2/701183871_1699633534369859_3737875429306389995_n.?stp=dst-
jpg_p843x403_tt6&ccb=1-
7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50
TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9kYXRhX21vZGVsIn0%3D&_nc_
zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVIQ&oh=03_Q7cD5QECOdoZmrMeaD2wK6zitAuxXJxl
cO_0cJCAnv8BoD-BlA&oe=6A0DB54B

**Product Type** REPLAYABLE



**Linked Media File:** linked_media/unified_message_1699633531036526.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 07:59:15 UTC

**Body** im sitting here not knowing what to say ive never had the choice over someone like this

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:00:17 UTC

**Body** you can't do it tn your waiting on me that's not fair

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:00:46 UTC

**Body** how does it feel kat

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:00:56 UTC

**Body** i feel as if it's wrong but i want to see more

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:34:48 UTC

**Body** okay I think I'm done for tn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:35:34 UTC

**Body** do you want to seestill

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:36:14 UTC

**Body** how bad did you get

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:36:31 UTC

**Body** i show you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:36:34 UTC

**Body** it's not too bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:36:43 UTC

**Body** if you want to show me you should

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:36:59 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1026254056493480 (1026254056493480)

> **Type** image/jpeg
>
> **Size** 26229
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/694284009_1026254059826813_2759078104904160569_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QE8ax_vvghtfzZ_DU7-3nMTtcfCnLfmvTnF6B6_6IAacA&oe=6A33145D

Meta Platforms Business Record Page 463

**Linked Media File:** linked_media/unified_message_1026254056493480.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:38:10 UTC

**Body** pretty i need lessons

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:38:17 UTC

**Body** is your wrist/forearm your favorite

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:38:39 UTC

**Body** i love cutting my thighs

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:39:22 UTC

**Body** yeah I went higher up I have a doctor appointment and I can't let them see fresh ones I do the side of my wrist usually

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:40:01 UTC

**Body** Yeah i dont wear shorts a lot anymore unless im by myself

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:40:18 UTC

**Body** just incase they move up to far and it shows

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:45:14 UTC

**Body** i'd let you cut me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:45:56 UTC

**Body** I'd let you cut me and I'd want you go deeper than I go

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:51:19 UTC

**Body** kat your cute you really are don't let your boyfriend find out about me even better if he doesn't know i was your Ex

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:51:33 UTC

**Body** Reacted 🩵 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:51:49 UTC

**Body** you know i'd love to when and if we meet

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:52:33 UTC

**Body** me and him aren't dating 😫 he asked me out but I was like scared to date him bc okay long story short remember the discord guy who was choppin it up

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-17 08:52:50 UTC

**Body** yeah that's him which is a long time friend that I was on and off with

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:54:51 UTC

**Body** we started talking again and I was kinda getting interested in him but the thing is he's just really on and off a lot sometimes he hangs w me sometimes he just disappears so I don't wanna make anything official

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:07:18 UTC

**Body** gotcha you know i was thinking you were into this whole going behind your boyfriends back thing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:07:23 UTC

**Body** i just never said anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:08:09 UTC

**Body**

just a little confused on why you want to make any plans with me irl like we talked about when you had one i was for it i just wasn't going to say anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:08:36 UTC

**Body** just a little confused on why you were wanting to make any plans with me irl like we talked about when you had one i was for it i just wasn't going to say anything (edited)

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:10:59 UTC

**Body** if you made things official with him would you stop talking to me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:13:20 UTC

**Body** if we were together I probably wouldn't have replied to you. and tbh if we were together I don't feel the same way about you like I use to so would it really matter if I talked to you? if he didn't want me to id listen but I don't see any problem rn I mean he has or had girl friends he talked to I'm sure he still does too

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:15:24 UTC

**Body** I feel like ur more of a safe place for me I guess. I can tell you about stuff I can't really talk to anyone else about not that I have anyone else besides you and him and sorta my other friend inu but I haven't really talked to her lately bc she's been weird to me

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:17:32 UTC

**Body** if I told anyone else my thoughts idk what they would say. he's got his own problems with his health so idk if he wants to talk about it. he's more I guess healthy about his metal while I'm negative. I think it would just be weird for me to tell him I wanna kill people and that I cut myself and that I wanna die

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:18:19 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:18:22 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:18:24 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:20:38 UTC

**Body** And that's very reasonable i would have understood that maybe would have just hunted you down and killed you not rlly not rlly idk but you know how i feel towards you i still love you obviously but not as if we were dating you know im wanting to be your safe place i hurt and have hurt myself and i couldn't tell that to anyone else besides you or else i would have been disowned

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:22:21 UTC

**Body** So you are also my safe place i would have understood if you had a boy friend but yeah i could see where him having girl friends would be an issue he probably flirts with them like i flirt with you still in different ways but i am concerned if you do end up being with him is our plans just cancelled

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:22:57 UTC

**Body** and the girl that's your friend what do you mean being weird like she's starting to cut you off

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:25:10 UTC

**Body** not necessarily I dunno if anything will happen between me and him. he seems like he really likes me but at the same time if he did I feel like id be more of a priority so I dunno. and inu no I'm honestly cutting her off kinda. it's hard to explain but it's like she's just really short with her replies or something so I've been distant

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

213

2026-05-17 09:26:35 UTC

**Body** Damn what you said about finding girls to be friends with online is a hard thing to do is true

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:26:51 UTC

**Body** have you tried

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:26:55 UTC

**Body** you finally find one and then that happens need more like you to be friends with

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:05 UTC

**Body** No not in my field of work

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:22 UTC

**Body**

214

Meta Platforms Business Record Page 152

I've had gay guys try to get with me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:25 UTC

**Body** that's about it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:27:32 UTC

**Body** ew

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:41 UTC

**Body** probably the curly hair

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:27:47 UTC

**Body** maybe

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:53 UTC

**Body** i'm going to go bald

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:27:59 UTC

**Body** don't do that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:28:04 UTC

**Body** let me talk to you about this

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:28:25 UTC

**Body** are Angle fang piercings a yes or a no

**Disappearing Message** Off

**Disappearing Duration**

216

Meta Platforms Business Record Page 263

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:28:53 UTC

**Body** angel*

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:28:56 UTC

**Body** they're cool why

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:29:26 UTC

**Body** well eventually i'm getting piercings and those have peeled my interest the most

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:29:38 UTC

**Body** well eventually i'm getting piercings and those have peeked my interest the most (edited)

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 164

2026-05-17 09:29:47 UTC

**Body** well eventually i'm getting piercings and those have peaked my interest the most (edited)

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:30:11 UTC

**Body** you should test it before getting them

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:30:19 UTC

**Body** like fake ones first

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:30:25 UTC

**Body** to see if it suits you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:30:41 UTC

**Body** Reacted 🩵 to your message

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:31:16 UTC

**Body** yeah i like that probably need to before realizing im uglier with them

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:31:28 UTC

**Body** bro😭

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:31:41 UTC

**Body** how'd you not think of that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:31:57 UTC

**Body** that is true though i was just going to full send it

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:32:01 UTC

**Body** and hope for the best

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:32:05 UTC

**Body** isiot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:32:15 UTC

**Body** 👀

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:32:31 UTC

**Body** well you know i am

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 167

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:32:44 UTC

**Body** true you are

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:32:47 UTC

**Body** kat who are you talking to right now

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:32:57 UTC

**Body** the poopoo man

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:04 UTC

**Body** BROOOOO

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-17 09:33:15 UTC

**Body** i still have your other stuck as that nickname

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:19 UTC

**Body** it won't let me change it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:28 UTC

**Body** the poopoo girl or somthing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:33:29 UTC

**Body** I haven't been on my other acc

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:33:34 UTC

**Body**

Meta Platforms Business Record Page 232

223

I ditched it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:51 UTC

**Body** yeah since like your famous and rich now

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:33:58 UTC

**Body** hell no I'm not

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:58 UTC

**Body** gib me some moneh

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:34:11 UTC

**Body** I don't have money for sallyface

**Disappearing Message**

223

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:34:26 UTC

**Body** if I did id use it so how do you expect me to lend you some

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:34:37 UTC

**Body** you know i've offered to buy it for you and i should just send you $16

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:34:45 UTC

**Body** no bruh

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:35:06 UTC

**Body** all you have to do is accept the offer not like you haven't bought me a $60 game

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:35:18 UTC

**Body** btw i have played

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:35:25 UTC

**Body** don't even say it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:35:32 UTC

**Body** yeah you got me a lot of fn stuff so no it's even

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:35:42 UTC

**Body** you probably did like twice

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 2972

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:35:51 UTC

**Body** nah nah i don't remember so it didn't happen

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:36:25 UTC

**Body** NUH UH i've played it more than that i probably have atleast 11 play hours on it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:36:44 UTC

**Body** thank you by the way

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:36:48 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1176682747876941 (1176682747876941)

**Type**

Meta Platforms, Inc. Business Record Page 2573

image/jpeg

**Size** 23827

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/645635790_1430977925375367_7579508572109729683_n.jpg?stp=dst-jpg_p600x600_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlICJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QF7dAouDS9DVmbW6NvDb7-pfWuoRLwMCL7E77NSmZBoyg&oe=6A331AE5



Meta Platforms Business Record Page 2974

**Linked Media File:** linked_media/unified_message_1176682747876941.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:36:52 UTC

**Body** 11 hours

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:01 UTC

**Body** 6 or maybe

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:04 UTC

**Body** maybe

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:10 UTC

**Body** s

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:15 UTC

**Body** e

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:37:23 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1235526095129585 (1235526095129585)

> **Type** image/jpeg
>
> **Size** 49488
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/642751809_1602772487631787_8344265172416997675_n.jpg?stp=dst-jpg_p720x720_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFfJ0qk2kZmr_j1slxV8pbZIOYkX1lti3OqKzdklddaqw&oe=6A332E71



**Linked Media File:** linked_media/unified_message_1235526095129585.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:35 UTC

**Body** i'm actually giggling

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:41 UTC

**Body** that reaction picture

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:38:10 UTC

**Body** 67 was never funny I hope that kid dies a horrible death

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:38:18 UTC

**Body** Reacted 🩵 to your message

**Disappearing Message** Off

**Disappearing Duration**

230

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:38:22 UTC

**Body** Please

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:38:38 UTC

**Body** We can assist with that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:38:46 UTC

**Body** i'd love to do the honors

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:39:19 UTC

**Body** good luck finding him I'm sure he's on a yacht somewhere stupid ass kid die die die die

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:39:43 UTC

**Body** richer than both of us off of just saying a number

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:39:50 UTC

**Body** Get his ip now

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:40:15 UTC

**Body** somebody slime Mason out

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:40:24 UTC

**Body** ew is that his name

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-17 09:40:30 UTC

**Body** Yes

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:40:35 UTC

**Body** ofc it is

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:40:38 UTC

**Body** Figures

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:13 UTC

**Body** but think about you could be playing sally face tomorrow

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:15 UTC

**Body**

233

if

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:17 UTC

**Body** you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:18 UTC

**Body** just

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:41:21 UTC

**Body** no

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:47 UTC

**Body** not tempting enough ok ok staying loyal to it

**Disappearing Message**

FILED

2026 Jun-05 AM 08:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No.: 2:26-mj-00268-JHE-1** |
| **KATHERINE GRACE JOINER,** ) | |
| ) | |

**ORDER**

This matter came before the Court for a detention hearing under the Bail Reform Act, Title 18 U.S.C. § 3142. The defendant is charged by complaint with violating Title 18 U.S.C. § 875(c).

At the hearing, the Government asserted that a detention hearing is authorized under Title 18 U.S.C. § 3142(f)(1)(A) because the charged offense is a "crime of violence" as defined in Title 18 U.S.C. § 3156(a)(4). The defendant objected, arguing that § 875(c) is not categorically a crime of violence and that § 3142(f)(1)(A) does not apply because § 875(c) carries a maximum penalty of five years' imprisonment.

The Court finds that supplemental briefing will assist in resolving the threshold issue whether a detention hearing is authorized under § 3142(f). Accordingly, it is **ORDERED** that the parties shall file supplemental briefs addressing:

1. Whether a violation of § 875(c), as charged here, qualifies as a "crime of violence" under § 3156(a)(4);

2. Whether the categorical approach applies, and if so, whether § 875(c) is divisible between threats to kidnap and threats to injure;

3. Whether the ten-year maximum-penalty language in § 3142(f)(1)(A) applies to the "crime of violence" category; and

4. Whether any other provision of § 3142(f) authorizes a detention hearing in this case.

The parties may also include any additional information they contend is relevant to the detention issue, including but not limited to medical information or any other matters bearing on detention or release.

**The Government's brief shall be filed by June 9, 2026, by close of business. The**

235

**defendant's brief shall be filed by June 12, 2026, by close of business. No replies shall be filed absent leave of Court.**

Pending further order of the Court, the Court reserves ruling on the Government's detention motion and maintains the defendant's current temporary detention status.

**DONE** this 4th day of June 2026.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:26-mj-00268** |
| | ) | |
| **KATHERINE GRACE JOINER** | ) | |

**UNITED STATES' SUPPLEMENTAL BRIEF IN SUPPORT OF
DETENTION**

A threat to injure—indeed, to perpetrate a school shooting—is a quintessential "crime of violence" under the Bail Reform Act. 18 U.S.C. § 3156(a)(4). The statute charged here, 18 U.S.C. § 875(c), is divisible and contains two distinct crimes of violence: a threat to injure and a threat to kidnap. The first is a literal threat of physical force, and the second cannot logically be accomplished without constructively conveying such a threat. Indeed, though kidnapping itself can be accomplished through deception, *United States v. Gillis*, 938 F.3d 1181, 1203 (11th Cir. 2019) (holding that a violation of 18 U.S.C. § 1201 is not a crime of violence as a result), threatening to do so necessarily entails a threat of either express or implied physical force, *United States v. Spangle*, 617 F. App'x 764, 765 (9th Cir. 2015) (holding that a threat to kidnap is a "crime of violence" under the identical language of U.S.S.G. § 4B1.2(a)(1)) (unpublished memorandum opinion).

1

Crimes of violence are not subject to the ten-year limitation found at the end of 18 U.S.C. § 3142(f)(1)(A). The limiting clause only modifies the offenses listed under 18 U.S.C. § 2332b(g)(5)(B), the item immediately preceding it. As the Second Circuit determined in *United States v. Dai*, the plain language of the statute, the canons of constructions, and the legislative history together confirm this. 99 F.4th 136, 137 (2d Cir. 2024); *see also United States v. Santoro*, 359 F. Supp. 3d 122, 125 (D. Me. 2019) (same); *United States v. Nguyen*, No. 24-MJ-71474-MAG-1 (LB), 2024 WL 4584574, at *3 (N.D. Cal. Oct. 25, 2024) (unreported) (same); *United States v. Conway*, No. 25-CR-20265, 2025 WL 3062729, at *3 (E.D. Mich. Nov. 3, 2025) (same). *But see United States v. Persico*, No. 10-CR-147 (DLI), 2017 WL 3669554, at *3 (E.D.N.Y. Aug. 23, 2017) (concluding that the 10-year limitation applies to crimes of violence, but without any analysis) (unreported); *United States v. Abbott*, No. 24-CR-20098, 2025 WL 3496169, at *2 (S.D. Fla. Dec. 5, 2025) (noting that this question appears to be unsettled in the Eleventh Circuit).

Finally, Section 875(c) is also a crime of violence under the "residual clause," as it carries with it a "substantial risk" that violence will occur in the "ordinary case." *Sessions v. Dimaya*, 584 U.S. 148, 162 (2018) (quoting *James v. United States*, 550 U.S. 192, 208 (2007)).

Consequently, the government was entitled to the June 2nd hearing and seeks detention for the gravest of reasons—the evidence presented proved that Katherine Joiner was, by her own admission, sincerely planning to carry out a mass school shooting and then commit suicide. Complaint Aff. at 15, 18.

Indeed, she celebrated the odious mass murderer and elementary school shooter Adam Lanza, previously contemplated her own apparent attack at an elementary school, and reported feeling emboldened by the participation of her codefendant, Ethan Bassett, with whom she discussed acquiring firearms for that purpose. *Id.* at 4, 6, 9, & 15. The threat that Joiner presents to the community— particularly to school aged children and teachers—is severe, and the evidence established at the detention hearing confirms that there is no condition or combination of conditions that can reasonably assure the safety of the public and Joiner herself, who has repeatedly made suicidal gestures and engaged in self-harm.

## STATEMENT OF THE ISSUES

The Court has identified four questions for the parties to brief. Doc. 8. The government will first answer them, in brief below, and then in detail:

1. Both clauses under Section 875(c) are crimes of violence under 18 U.S.C. § 3156(a)(4);

3

2. Though both clauses of Section 875(c) are crimes of violence and the result is the same under the categorical approach, the statute is divisible, and the modified categorical approach confirms that a threat to injure is a distinct crime of violence;

3. The ten-year maximum-penalty language in § 3142(f)(1)(A) only modifies the item that precedes it— an offense listed in section 2332b(g)(5)(B); and

4. In the alternative, Section 875(c) is a crime of violence under the "residual clause," 18 U.S.C. § 3156(a)(4)(B), as it involves a substantial risk of violence.

## **RELEVANT STATUTES**

18 U.S.C. § 3142 (f)(1)(A) provides for a detention hearing, in relevant part, for cases involving: "a crime of violence, a violation of section 1591, or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed…"

18 U.S.C. § 3156(a)(4) includes two relevant definitions of "crime of violence." First, under subsection A, it is "an offense that has as an element of the offense the use, attempted use, or threatened use of physical force against the person or property of another." This is commonly referred to as the "elements clause." *Alvarado-Linares v. United States*, 44 F.4th 1334, 1342 (11th Cir. 2022).

4

Second, under subsection B, it is "any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense." This is commonly referred to as the "residual clause." *Johnson v. United States*, 576 U.S. 591, 596 (2015). The "substantial risk" question "turns on the 'nature of the offense' generally speaking," and "requires a court to ask whether 'the ordinary case' of an offense poses the requisite risk." *Dimaya*, 584 U.S. at 162 (quoting *James v. United States*, 550 U.S. 192, 208 (2007)).

Section 875(c) provides: "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

## LEGAL STANDARDS

### Determining Crimes of Violence: The Categorical and Modified Categorical Approaches

Analysis under 18 U.S.C. § 3156(a)(4) is "a categorical question, and thus is not dependent upon the specific facts of the case." *United States v. Johnson*, 399 F.3d 1297, 1301 (11th Cir. 2005); *Alvarado-Linares*, 44 F.4th at 1342. If a statute is indivisible, courts take the "categorical approach" and are permitted to "look only to statutory definitions of the crime" to determine whether it is a "crime of violence."

5

*Id.* at 1201. When a statute lists "elements in the alternative," thereby creating different crimes, some, but not all, of these crimes may count as a crime of violence. *Mathis v. United States*, 579 U.S. 500, 505 (2016); *see also United States v. Gandy*, 917 F.3d 1333, 1339 (11th Cir. 2019) (quoting *Mathis*). Courts here take the "modified categorical approach," which permits inspection of certain court documents, such as indictments, jury instructions, plea agreements, and undisputed facts in presentence reports, to determine whether the actual charged or convicted conduct constitutes a crime of violence under the relevant statute. *United States v. Rosales-Bruno*, 676 F.3d 1017, 1020 (11th Cir. 2012) (citing *Shepard v. United States*, 544 U.S. 13, 26 (2005)).

Specifically, courts must determine whether a statute contains "divisible alternative elements" or is in fact "an indivisible list of factual means by which" to commit a crime. *Gillis*, 938 F.3d at 1203. To make that determination, courts consider (1) "the text of the statute," (2) "relevant decisional law," and (3) "other evidence, such as indictments and jury instructions." *Id.* at 1204.

To illustrate, federal kidnapping under 18 U.S.C. § 1201(a) is indivisible because "seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away" are simply alternative factual means of proving kidnaping. *Id.* For such a law, courts take the "categorical approach" and must look to the "least culpable conduct" to

6

determine whether it is a crime of violence. *Id.* Courts should, however, only consider the least culpable conduct that is a "realistic probability," not a "theoretical possibility." *Lauture v. U.S. Att'y Gen.*, 28 F.4th 1169, 1176 (11th Cir. 2022) (quoting *Gonzales*).

## Canons of Statutory Construction

Statutory interpretation is a question of "ordinary public meaning." *Heyman v. Cooper*, 31 F.4th 1315, 1319 (11th Cir. 2022). To determine that meaning, the Court may consider the canons of statutory construction. *Id.* No canon is **"**absolute," and one "can assuredly be overcome by other indicia of meaning." *Lockhart v. United States*, 577 U.S. 347, 352 (2016).

The Rule of the Last Antecedent

"[A] limiting clause or phrase should ordinarily be read as modifying only the noun or phrase that it immediately follows." *Id.* at 351 (cleaned up). This canon is a "commonsense principle of grammar" that is reflective of "the basic intuition that when a modifier appears at the end of a list, it is easier to apply that modifier only to the item directly before it." *Id.*; *see also ECB USA, Inc. v. Chubb Ins. Co. of N.J.*, 113 F.4th 1312, 1321 (11th Cir. 2024) (observing that the "purest form" of the rule provides that a "pronoun, relative pronoun, or demonstrative adjective generally refers to the nearest reasonable antecedent.").

The Series-Qualifier Canon

The converse of the rule of the last antecedent is the "series-qualifier canon," which provides that "[w]hen there is a straightforward, parallel construction that involves all nouns in a series, a modifier at the end of the list normally applies to the entire series." *Heyman*, 31 F.4th at 1319. This canon may apply "when several words are followed by a clause which is applicable as much to the first and other words as to the last" such that "the natural construction of the language demands that the clause be read as applicable to all." *Id.* (quoting *Paroline v. United States*, 572 U.S. 434, 447 (2014)).

The Interplay between the Series-Qualifier and Last Antecedent

The Supreme Court illustrated the interplay of these canons in *Lockhart*, comparing the phrase "the laws, the treaties, and the constitution of the United States" with "under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward" found in 18 U.S.C. § 2252(b)(1), in which a defendant argued that "involving a minor or ward" should extend to and modify "aggravated sexual abuse" and "sexual abuse." 577 U.S. 347 at 350. In support, the defendant offered the series-qualifier canon, and the government replied with the rule of the last antecedent. In rejecting the defendant's argument, the seven-Justice majority observed:

8

A reader intuitively applies "of the United States" to "the laws," "the treaties" and "the constitution" because (among other things) laws, treaties, and the constitution are often cited together, because readers are used to seeing "of the United States" modify each of them, and because the listed items are simple and parallel without unexpected internal modifiers or structure. Section 2252(b)(2), by contrast, does not contain items that readers are used to seeing listed together or a concluding modifier that readers are accustomed to applying to each of them. And the varied syntax of each item in the list makes it hard for the reader to carry the final modifying clause across all three.

*Id.*

The majority further explained that though the rule of the last antecedent best fit in this context, it was important to note that the rule was not overcome by other indicia of contrary meaning. *Id.* at 356.

## ARGUMENT

1. **Section 875(c) is a crime of violence under either the modified-categorical or the categorical approach.**

A violation of 18 U.S.C. § 875(c) is a crime of violence under the "elements clause" of the Bail Reform Act for two reasons. First, the statute is divisible into two offenses, one covering threats to kidnap and the other covering threats to injury, and, under the modified-categorical approach, Joiner's offense involves a threat to injure. Second, even if the statute is not divisible, even the least culpable conduct involved, a threat to kidnap, requires the express or implied threat of physical force.

    A.     Joiner's offense is a crime of violence under the modified categorical approach

9

First, Section 875(c) is divisible, as reflected by its plain text, surrounding case law, pattern instructions, and a recent Eleventh Circuit indictment. To begin, it is clearly divided into two clauses, each containing a different element: (1) a threat to kidnap and (2) a threat to injure the person of another. These concepts are linguistically and logically distinct. As a matter of syntax, they are separated into clauses, each containing the word "threat." Logically, every kidnapping does not entail injury, and every assault does not entail kidnapping.

Likewise, courts agree that Section 875(c) is divisible. *See, e.g.*, *United States v. Mjoness*, No. 20-8029, 2021 WL 4078002, at *10 (10th Cir. July 13, 2021) (holding that Section 875(c) is divisible and that a threat to injure is a predicate "crime of violence" under 18 U.S.C. 924(c)) (unreported); *see also Tomkins v. United States*, No. 16-CV-7073, 2018 WL 1911805, at *6 (N.D. Ill. Apr. 23, 2018) (holding that 'threat to injure' and 'threat to kidnap' are alternative elements" under Section 876(b)); *United States v. Santoro*, 359 F. Supp. 3d 122, 124 (D. Me. 2019) (using the modified categorical approach for a conviction under Section 875(c)).

A sister statute confirms this result. Section 875(c) has a U.S. mail-based analogue that prohibits mailing "any communication . . . containing any threat to kidnap any person or any threat to injure the person of the addressee or another..." 18 U.S.C. § 876(c). As the Third Circuit recognized in *United States v. Chapman*,

10

Section 876(c) identifies two alternative crimes: "(1) knowingly mailing any communication containing any threat to kidnap any person; and (2) knowingly mailing any communication containing any threat to injure the person of the addressee or of another." 866 F.3d 129, 134 (3d Cir. 2017).

Furthermore, the Eleventh Circuit Pattern Jury Instruction O30.3, "Interstate Transmission of Threat to Kidnap or Injure," for Section 875(c) provides:

> It's a Federal crime to knowingly send in [interstate] [foreign] commerce a true threat to [kidnap] [injure] any person…A "true threat" is a serious threat – not idle talk, a careless remark, or something said jokingly – that is made under circumstances that would place a reasonable person in fear of [being [kidnapped] [injured]] [another person being [kidnapped] [injured]].

Though the instructions do not specifically delineate between proof of kidnapping and proof of injury as elements, they do clearly identify the threats as separate at distinct, including the fear of being "kidnapped" versus being "injured." These instructions track the language of the Tenth Circuit Pattern Instructions, which the panel in *Mjoness* found to indicate that the bracketed terms were elements, not alternatives. 2021 WL 4078002, at *9

Likewise, a recent Eleventh Circuit opinion identifies "making an interstate threat to injure" as the Section 875 count in an indictment arising from a defendant's threat to injure a federal district judge and her family. *United States v. Thorn*, No. 24-12791, 2026 WL 1133623, at *1 (11th Cir. Apr. 27, 2026) (unreported).

11

Therefore, on balance, Section 875(c) is divisible. Joiner was charged with a violation of Section 875(c)'s threat-to-injure provision, as is evidenced by the complaint affidavit.[1] *Rosales-Bruno*, 676 F.3d at 1020 (recognizing indictments as *Shepard* documents for modified-categorical approach). That offense indisputably qualifies under the elements clause: "the knowing or intentional causation of bodily injury necessarily involves the use of physical force." *Delligatti v. United States*, 604 U.S. 423, 433 (2025) (cleaned up) (interpreting Section 924(c)'s elements clause); *United States v. Bowers*, 432 F.3d 518, 523 (3d Cir. 2005) (recognizing as "virtually identical" the crime-of-violence definitions in Section 924(c) and Section 3156(a)(4)).

B.      Joiner's offense is a crime of violence under the categorical approach

The result is the same under the categorical approach. "[T]he ordinary case" of the sister statute, Section 876(c), requires "threatened [] violent physical force—injuring or kidnapping." *United States v. Haileselassie*, 668 F.3d 1033, 1035 (8th Cir. 2012) (cleaned up). In *Sotelo v. United States*, a Seventh Circuit panel observed that "every court to consider the issue, both before and after *Johnson*, has concluded that a § 876 conviction entails a threat to use physical force, and is thus categorically

---

[1] The complaint itself describes the offense as "transmitting threatening communications in interstate commerce," but the substance of the affidavit makes clear that the allegation is that Joiner threatened to injure others through a mass shooting. The government has since sought search warrants in which it described the offense as an "interstate transmission of a threat to injure."

12

a crime of violence." 922 F.3d 848, 856 (7th Cir. 2019). The same logic holds for Section 875(c).

To deny this conclusion, Joiner contends that because substantive kidnappings can be committed through non-violent means like fraud or deception, the same must be true for threatened kidnappings. To the contrary, a threat to kidnap is logically a threat to use force, even if the crime itself can be achieved through a ruse. Indeed, the Ninth Circuit concluded in an unpublished opinion that there is no "'realistic probability,' as distinct from a 'theoretical possibility,' that a communication would *threaten* to kidnap a person by means other than physical force." *Spangle*, 617 F. App'x at 765 (quoting *Gonzales v. Duenas–Alvarez,* 549 U.S. 183, 193 (2007) in considering "crime of violence" under U.S.S.G. 4B1.2) (emphasis in original).

This makes good sense. It would require some imagination to conceive of a threat to kidnap predicated on deception, as such a threat would of course spoil the means of kidnapping. If someone were to say, "I will successfully deceive you into being held against your will," it would likely present as more farce or joke than true threat.

## 2. The 10-year punishment limitation does not apply to crimes of violence.

Finally, Joiner's offense triggers detention even though the statutory maximum is five years. *See Dai*, 99 F.4th at 137 ("Does the phrase 'for which a

13

maximum term of imprisonment of 10 years or more is prescribed' modify "crime of violence" in § 3142(f)(1)(A)? The answer is 'No.'"). The Second Circuit panel in *Dai* honored the grammar and syntax of the law, avoided surplusage, and accurately tracked the legislative history of the Bail Reform Act.

First, plain grammar and syntax should control: there is no comma before the operative phrase, "for which a maximum term of imprisonment of 10 years or more is prescribed." *Facebook, Inc. v. Duguid*, 592 U.S. 395, 403-404 (2021) (explaining that such a comma would be "evidence that the qualifier is supposed to apply to all the antecedents instead of only to the immediately preceding one"). Accordingly, when read naturally, the modifying clause is visually and grammatically associated with the preceding item, not the entire list. *See also United States v. Rausch,* 746 F. Supp. 2d 1192, 1194 n.1 (D. Colo. 2010) ("A basic reading of the statute reveals that the 'maximum term of imprisonment of 10 years or more' requirement applies only to an offense listed in § 2332b(g)(5)(B)) and not to a 'crime of violence'").

Next, the natural reading of the law comports with the canons of statutory construction, specifically presumptions against surplusage and the "rule of the last antecedent." Critically, every offense in "Section 1591," entitled "[s]ex trafficking of children or by force, fraud, or coercion," is punishable by at least 10 years of imprisonment. *See* 18 U.S.C. § 1591(b)(1) & (2); (d). As a result, the limitation

14

clause restricts nothing in this provision and would be redundant of what the law already plainly commands. This underscores that the limiting clause applies only to the enumerated offenses, particularly given that Congress listed dozens of offenses. Likewise, the lack of a comma implicates the antecedent rule: "where there is a series of items, a modifier applies only to the item directly before it." *United States v. Pietila*, No. 1:23-CR-78, 2023 WL 4313162, at \*2 (W.D. Mich. July 3, 2023) (citing *Lockhart* and concluding that the limitation clause only modifies the enumerated offenses).

Finally, the legislative history of the Bail Reform act confirms that Congress did not intend to modify the definition of "crime of violence." The Bail Reform Act of 1966 passed only permitted detention in noncapital cases in cases where a judicial officer determined that "release will not reasonably assure the appearance of the person as required."

Congress repealed and replaced the 1966 law in 1984 to permit detention for cases involving "(1) a crime of violence; (2) any offense punishable by life imprisonment or death; (3) a narcotics offense punishable by at least ten years' imprisonment; (4) a serious risk of flight or obstruction of justice; or (5) any felony committed after the person has been convicted of two or more offenses for which a hearing is mandated." Thus, in its original form, Congress included no term of

15

imprisonment limitation on crimes of violence but did so with respect to narcotics offenses that were not otherwise crimes of violence.

In 2004, Congress amended the law to include the phrase "or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed" after the term "crime of violence." Pub. L. No. 108–458, 118 Stat 3638.[2] At the same time, Congress also amended the rebuttable presumptions of detention by including offenses "listed in section 2332b(g)(5)(B) of title 18, United States Code, for which a maximum term of imprisonment of 10 years or more is prescribed."

In 2008, Congress again amended the law to its current form by inserting the term "a violation of section 1591" in between "crime of violence" and "or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed." Pub. L. No. 110–457, 122 Stat 5044.[3]

Accordingly, Congress started with "crime of violence" in 1984 with no 10-year limitation despite adding one to narcotics crimes. By 2004, Congress added two provisions concerning certain enumerated offenses that could constitute a federal crime of terrorism—one creating a rebuttable presumption of detention, and the other an entitlement to a detention hearing— both qualified by the 10-year limitation

---

[2] The Intelligence Reform and Terrorism Prevention Act of 2004.
[3] The William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008.

16

clause. Given that there are dozens of enumerated offenses that can qualify as crimes of terrorism, it is logical that Congress intended to avoid sweeping too broadly by including the limitation.

### 3. In the alternative, Section 875(c) is a crime of violence under the residual clause, 18 U.S.C. § 3156(a)(4)(B).

There is a substantial risk of violence that attends true threats. Indeed, as the Supreme Court has recognized, the criminalization of such threats "protects individuals from the fear of violence and from the disruption that fear engenders, in addition to protecting people from the possibility that the threatened violence will occur." *Virginia v. Black*, 538 U.S. 343, 360 (2003) (cleaned up). The fear and disruption prompted by true threats logically lead to a substantial risk of violent confrontations, whether intentionally, as with a victim seeking out the threat maker for a fight, inadvertently, with a victim arming herself out of fear and accidentally shooting an innocent nighttime visitor, and through the direct involvement of law enforcement, who must reasonably presume that someone making threats of violence, particularly involving a firearm, is armed and dangerous.

It is true that the Supreme Court has found residual clauses in other statutes to be unconstitutionally vague. *Dimaya*, 584 U.S. at 162 (holding that residual clause in Immigration and Nationality Act was void); *Johnson*, 135 S. Ct. at 2552. But "[i]n

17

*Beckles v. United States*, 137 S. Ct. 886 (2017), the Supreme Court made clear that identical statutory language may be unconstitutionally vague in some contexts but not others." *United States v. Kukstis*, Case No. 4:18-mj-04174-DHH, at *13 (D. Mass. May 4, 2018). Unlike the consequences associated with determining that an offense is a crime of violence under the Immigration and Nationality Act or the Armed Career Criminal Act, a finding that an offense is a crime of violence under the Bail Reform Act "does not deprive the defendant of life, liberty, or property within the meaning of the Fifth Amendment," and so "has no fixed consequences." *Id.*, at *14. A finding that an offense is a crime of violence under the Bail Reform Act merely leads to a hearing where the Court must assess several other factors to determine whether the defendant should be detained. It is thus akin to the Sentencing Guidelines at issue in *Beckles*, which "merely guide the exercise of a court's discretion in choosing an appropriate sentence within the statutory range" and "do not constrain th[at] discretion." *Beckles*, 580 U.S. at 257.

In this vein, the Second Circuit rejected an argument extending *Johnson* to the Bail Reform Act in *United States v. Watkins*, 940 F.3d 152, 160–61 (2d Cir. 2019) (discussing the different liberty interests at stake between ACCA sentencing and the government's eligibility for a pretrial detention hearing). *But see United States v. Richardson*, No. 2:25-CR-00590-BL, 2025 WL 3543635, at *3 (M.D. Ala. Dec. 10,

18

2025) (observing that the holding in *Johnson* would likely extend to the residual clause in the detention context).

Accordingly, the Court should reject any claim that the residual clause is void for vagueness as regards the Bail Reform Act and find that it remains a viable definition of "crime of violence" under 18 U.S.C. § 3156(a)(4)(B).

## CONCLUSION

The Court correctly held the June 2 hearing, as Section 875(c) is a crime of violence—whether divisible or indivisible, whether applying the categorical or modified categorical approach, threats to injure or to kidnap each contain the threatened use of physical force against another as an element. The 10-year limitation clause applies only to the enumerated offenses, as is apparent from the plain language of Subsection (f)(1)(A), the canons of statutory construction, and the legislative history of the various amendments of the Bail Reform Act. In the alternative, Section 875(c) qualifies as a crime of violence under the residual clause, as there is a substantial risk that violence will occur in the ordinary case.

Finally, the Court should detain Joiner, as her professed sincere desire to commit murder via a mass shooting presents a grave threat to the public. The government has proven by clear and convincing evidence that the threat that Joiner presents to the community cannot be mitigated through any condition or

19

combination of conditions of release and that the only way to reasonably assure public safety is through her continued detention.

Respectfully submitted this the 9th day of June, 2026.

PHILLIP W. WILLIAMS JR.
United States Attorney


*/s/W. Lee Gilmer*
W. Lee Gilmer
Assistant United States Attorney


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CMECF system, which will send notification of such filing to all counsel of record.

*/s/W. Lee Gilmer*
W. Lee Gilmer
Assistant United States Attorney

20

**In the United States District Court**
**For the Northern District of Alabama**
**Southern Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:26-mj-00268-JHE** |
| | ) | |
| **Katherine Grace Joiner** | ) | |

**Ms. Joiner's Response Regarding Detention Under the Bail Reform Act**

Katherine Grace Joiner, through counsel, respectfully files this brief responding to the Government's arguments, Doc. 9, and addressing detention under the Bail Reform Act pursuant to the Court's Order, Doc. 8. Further, in accordance with this Order, Doc. 8, Ms. Joiner will contemporaneously file a motion for leave to file under seal[1] certain exhibits bearing on release.

## I. Procedural History

On May 20, 2026, Ms. Joiner was charged by criminal complaint in the Northern District of Mississippi with violating 18 U.S.C. § 875(c). Doc. 1. On May 28, 2026, federal authorities arrested Ms. Joiner in Shelby County, Alabama, within the Northern District of Alabama upon her discharge from Baptist Health Shelby Hospital. *See* Minute Entry 05/28/2026. The same day, the Court held Ms. Joiner's initial appearance under Federal Rule of Criminal Procedure 5(c)(3) and appointed the Federal Public Defender's Office to represent her. *Id.*

---

[1] Ms. Joiner seeks to file these exhibits under seal because they contain sensitive health information.

Upon the Government's motion, the Court temporarily remanded Ms. Joiner to U.S. Marshal Service custody and scheduled preliminary and bond hearings for June 2, 2026. *Id.* On June 2, 2026, following the conclusion of the Government's presentation as to probable cause, undersigned counsel asked the Court to direct the Government to assert its bases for seeking detention under the Bail Reform Act, specifically under 18 U.S.C. § 3142(f). The Government argued that a detention hearing is authorized under § 3142(f)(1)(A) because the charged offense under § 875(c) is a "crime of violence." *See* Doc. 8; 18 U.S.C. § 3142(f)(1)(A). Ms. Joiner, through the undersigned, objected that § 875(c) is not categorically a crime of violence and that § 3142(f)(1)(A) does not apply because § 875(c) carries a statutory maximum penalty of five years' imprisonment. *See id.* The Court reserved ruling on this threshold issue, heard evidence and arguments bearing on release, and ordered the parties to brief these and related issues to aid in the Court's decision-making. Doc. 8.

## II.   Legal Background

Under the Bail Reform Act, upon motion by the Government or the Court, the Court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). At such a hearing, the Court must consider (1) the nature and circumstances of the charged offense, (2) the weight of the evidence against the person, (3) the person's history and characteristics, and (4) the nature and seriousness of the danger to any person or the

Page **2** of **15**

community that would be posed if the person is released. *Id.* § 3142(g). The Court is to fashion the least restrictive condition or combination of conditions that will "reasonably assure" the person's appearance and the safety of the community. *Id.* § 3142(c).

Neither the Government nor the Court can move for detention and thereby convene a detention hearing by virtue of just any federal charge, however. *See United States v. Salerno*, 481 U.S. 739, 747 (1987) ("The Bail Reform Act carefully limits the circumstances under which detention may be sought to the most serious of crimes.") (citing 18 U.S.C. § 3142(f)). Indeed, relevant here, the Bail Reform Act explicitly specifies certain types of charges or circumstances under which a hearing can be held:

> **(f) Detention Hearing.** — The judicial officer shall hold a hearing to determine whether any condition or combination of conditions set forth in subsection (c) of this section will reasonably assure the appearance of such person as required and the safety of any other person and the community—
>
> > **(1)** upon motion of the attorney for the Government, in a case that involves—
> >
> > > **(A)** a crime of violence, a violation of section 1591, or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;
> > >
> > > **(B)** an offense for which the maximum sentence is life imprisonment or death;
> > >
> > > **(C)** an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.),

Page <strong>3</strong> of <strong>15</strong>

the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46;

**(D)** any felony if such person has been convicted of two or more offenses described in subparagraphs (A) through (C) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (A) through (C) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; or

**(E)** any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code[.]

18 U.S.C. § 3142(f)(1).[2] Neither a pretrial detention hearing nor pretrial detention is authorized unless the Court first finds that one of these conditions exists. *See Salerno*, 481 U.S. at 747; "When pretrial detention hearing required," 9B FED. PROC., L. ED. § 22:1854 (updated May 2026).

The Government maintains that this case falls within the ambit of § 3142(f)(1)(A)'s "crime of violence" condition. Doc. 9. As used in the Bail Reform Act, "crime of violence" refers to "(A) an offense that has as an element of the offense the use, attempted use, or threatened use of physical force against the person or property

---

[2] The Bail Reform Act contains two additional sets of circumstances under which pretrial detention may be authorized, largely on serious flight or obstruction concerns. *See* 18 U.S.C. § 3142(f)(2). Because the Government does not appear to contend and cannot substantiate that Ms. Joiner's case falls within those circumstances, *see* Doc. 9, the undersigned does not cite or address § 3142(f)(2) here.

Page **4** of **15**

of another; (B) any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense; and (C) any felony under chapter 77, 109A, 110, or 117." 18 U.S.C. § 3156(a)(4). The Government argues that Ms. Joiner's case falls within provisions (A) (the "elements clause") and (B) (the "residual clause") of this definition. *See generally* Doc. 9.

To determine whether a charged offense falls within this definition, the Court must employ a categorical approach. *United States v. Rogers*, 371 F.3d 1225, 1228 n.5 (10th Cir. 2004) (applying the categorical approach in alignment with "the majority of the other courts to consider this question"); *United States v. Singleton*, 182 F.3d 7, 11 (D.C. Cir. 1999) ("[W]e conclude from the plain meaning of § 3156 that a categorical approach is required. Each of the three prongs of the statutory definition identify a fixed category of offenses that does not expand or contract based on the factual peculiarities of a particular case."). Thus, for a charged offense to meet the Bail Reform Act's "crime of violence" condition,

> the possibility of force must result from the nature of the elements of the offense rather than from the particular way that the defendant allegedly committed the crime. Under the 'categorical approach,' a court must only look to the statutory definition, not the underlying circumstances of the crime. Case-specific facts are relevant at a detention hearing, but not when considering the government's motion to hold such a hearing.

"'Crime of violence' defined for purposes of pretrial detention," 9B FED. PROC., L. ED. § 22:1856 (updated May 2026).

Page **5** of **15**

The Court's first step is to ascertain whether the charge is divisible. A statute is divisible only if it sets out one or more *elements* of the offense in the alternative and not merely different *means* of committing the offense. *Mathis v. United States*, 579 U.S. 500, 505–06 (2016). That a statute is framed in the disjunctive is not dispositive. *See id.* at 506 ("This case concerns a different kind of alternatively phrased law: not one that lists multiple elements disjunctively, but instead one that enumerates various factual means of committing a single element."); *United States v. Gundy*, 842 F.3d 1156, 1162 (11th Cir. 2016); *United States v. Gardner*, 823 F.3d 793, 802 (4th Cir. 2016) ("A crime is not divisible simply because it may be accomplished through alternative means, but only when alternative elements create distinct crimes.").

Next, the Court must presume that the charged offense "rest[s] upon nothing more than the least of the acts criminalized." *See Moncrieffe v. Holder*, 569 U.S. 184, 190–91 (2013) (internal quotations and alterations omitted); *United States v. Howard*, 742 F.3d 1334, 1345 (11th Cir. 2014). Then, the Court must determine if that *least culpable conduct* proscribed by the statute requires as an element the use, attempted use, or threatened use of physical force against the person or property of another or, if the charge by its nature involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense. *See id.*; 18 U.S.C. § 3156(a)(4). In other words, the Court must determine whether the least culpable conduct criminalized by the law would fall within the

Page **6** of **15**

definition of a violent crime. If it does not fall within that definition, the charged offense contains offenses outside the scope of a crime of violence, and so the charged offense is, categorically, not a crime of violence.

### III.   Argument and Application

Section 875(c), the provision of Title 18 of the United States Code under which Ms. Joiner is charged, is indivisible. And the indivisible statutory provision criminalizes conduct—communicating in interstate commerce threats to *kidnap*— that falls outside the definition of a crime of violence. Consequently, the charged offense is categorically not a crime of violence.

A. <u>The charged statutory provision, § 875(c), is indivisible.</u>

The charged statute criminalizing the communication of threats by interstate commerce reads as follows: "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both." 18 U.S.C. § 875(c). This provision creates two alternative *means* of committing the crime of making threats over interstate commerce: making threats to kidnap and making threats to injure. Because these are different means of committing one crime and not elements of essentially different crimes, the statute is not divisible.

Several tools of statutory interpretation support this conclusion. For one, the statute's text expressly provides a single punishment range for both means of making

Page <strong>7</strong> of <strong>15</strong>

interstate threats: a maximum custodial sentence of five years, a fine, or both. *Id.*; *see Gundy*, 842 F.3d at 1163 ("As one tool, the Supreme Court explained that 'the statute on its face may resolve the issue.' For example, "[i]f statutory alternatives carry different punishments, then under *Apprendi* they must be elements."). That there is just one punishment specified for the two proscribed means of committing interstate threats supports that the statute provides just that: alternative means, not alternative elements. A defendant is not exposed to a different penalty by virtue of the means they are alleged to have undertaken in violating § 875(c).

The Eleventh Circuit's Criminal Pattern Jury Instructions bolster this conclusion. The applicable pattern instruction reads, in relevant part:

### O30.3
### Interstate Transmission of Threat to Kidnap or Injure
### 18 U.S.C. § 875(c)

It's a Federal crime to knowingly send in [interstate] [foreign] commerce a true threat to [kidnap] [injure] any person.

The Defendant can be found guilty of this crime only if the following facts are proved beyond a reasonable doubt:

(1) the Defendant knowingly sent a message in [interstate] [foreign] commerce containing a true threat to [kidnap any person] [injure the person of another]; and

(2) the Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat.

O30.3, "Interstate Transmission of Threat to Kidnap or Injure," Eleventh Circuit Criminal Pattern Jury Instructions (last revised Dec. 2025) (brackets and emphasis

Page **8** of **15**

in original). Just as the terms "interstate" and "foreign" are bracketed to indicate alternative means of satisfying one jurisdictional element of § 875(c), so, too, are the phrases "kidnap any person" and "injure the person of another." *See id.* The instruction further defines the term "true threat" as one that is "serious – not idle talk, a careless remark, or something said jokingly – that is made under circumstances that would place a reasonable person in fear of [being [kidnapped] [injured]] [another person being [kidnapped] [injured]]." *Id.* These instructions illustrate that the crime of communicating threats through interstate commerce can be accomplished either by threatening to injure someone or threatening to kidnap someone—alternative means which can be substituted into a jury instruction depending on the evidence presented at trial.

A final canon also supports this conclusion: the resolution of uncertainty in favor of the defendant. More pointedly in this case, there exists in the Bail Reform Act a strong norm of pretrial release. As the Supreme Court has recognized, "[i]n our society liberty is the norm, and detention prior to trial or without trial is the carefully limited exception." *Salerno*, 481 U.S. at 755.

To the extent that the Court finds this determination to be a close call, the Court should resolve this balance in favor of Ms. Joiner's liberty. *See United States v. Gillis*, 938 F.3d 1181, 1204 (11th Cir. 2019) ("In determining whether a statutory provision lists alternative elements or illustrative means, we consider first the text of the statute, second relevant decisional law, and third other evidence such as

Page **9** of **15**

indictments and jury instructions. If these sources do not speak plainly, courts must resolve the inquiry in favor of indivisibility.") (internal citations and quotation marks omitted).

B. <u>The least culpable conduct proscribed by the statute falls outside the definition of a crime of violence.</u>

After determining that § 875(c) is indivisible, the Court should conclude that the least culpable conduct it proscribes does not meet the definition of a crime of violence, categorically excluding § 875(c) charges. As noted above, an individual can commit an offense under § 875(c) by levying interstate or foreign threats to kidnap another person. 18 U.S.C. § 875(c); O30.3, Eleventh Circuit Criminal Pattern Jury Instructions. In turn, threatening to kidnap does not require the threatened, attempted, or actual use of physical force, nor does threatening to kidnap create a substantial risk of force against another.

This is because kidnapping itself can be committed when a person "unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person." 18 U.S.C. § 1201(a). And "[t]o 'inveigle' a person means to lure, or entice, or lead the person to do something by making false representations or promises, or using other deceitful means." O49, "Kidnapping [Resulting in Death]," Eleventh Circuit Criminal Pattern Jury Instructions (last revised Dec. 2025). This form of trickery or deceit does not require any violence as understood under 18 U.S.C. § 3156(a)(4). Consequently, § 875(c) proscribes conduct

Page **10** of **15**

266

that does not meet the definition of a crime of violence, and so the statute is categorically *not* a crime of violence.

The Government contends that "a threat to kidnap is logically a threat to use force, even if the crime itself can be achieved through a ruse," and so even this least culpable conduct constitutes a crime of violence. Doc. 9 at 13. But that is not true. A threat to lure someone away under false pretenses or through deceit is a threat to kidnap that person that does not involve as an element the use, attempted use, or threatened use of physical force against the person. *See Gillis*, 938 F.3d at 1209–10 (holding that a federal kidnapping charge under 18 U.S.C. § 1201(a) is not categorically a crime of violence because the statute can be violated without the "use, attempted use, or threatened use of physical force against property or against the person of another").

For similar reasons, the least culpable conduct proscribed by § 875(c) also does not fall within the "residual clause" of 18 U.S.C. § 3156 as the Government asserts. *See* Doc. 9 at 17–18. This residual clause requires a "substantial risk that physical force against the person or property of another may be used in the course of committing the offense." 18 U.S.C. § 3156(a)(4)(B). First, a threat to kidnap by means of inveiglement, deceit, or trickery does not engender a substantial risk that someone will be the victim of *physical force*. Second, the levying of a threat—no matter the means—does not necessarily carry with it a "substantial risk" of physical force. To be sure, the offense requires the transmission of a true threat, one that would place a

Page **11** of **15**

reasonable person in fear of the threatened conduct. But it does not follow that *in the course of committing the offense*—that is, simply transmitting the threat—one would necessarily create a substantial risk of physical force against another person.

Finally, as the Government identified, this latter residual clause has been the subject of void-for-vagueness litigation across the country. *See* Doc. 9 at 17–19 (collecting and summarizing cases). Ms. Joiner joins this chorus in arguing that this clause at 18 U.S.C. § 3156(a)(4)(B), which requires the Court to find a "substantial risk" of future physical force, is void for vagueness. *See Johnson v. United States*, 576 U.S. 591, 600–01 (2015). Contrary to the Government's argument, the authorization of pretrial detention under the Bail Reform Act is a severe restriction of an individual's liberty even if the judicial officer must assess other factors before reaching an ultimate detention determination. This is obvious even in the simple sense that absent authority under 18 U.S.C. § 3142(f), the Government cannot seek detention *at all*, and so the Court cannot remand the defendant to custody even temporarily pending a subsequent detention hearing. "Invoking so shapeless a provision" to authorize detaining a person pretrial—stripping a person of liberty, freedom of movement, freedom of association, family support, community-based healthcare, economic well-being, and on and on—"does not comport with the Constitution's guarantee of due process." *See id.* at 602.

C. Even if the charged offense is a "crime of violence," its maximum term is five, not 10, years' imprisonment.

Even if the Court concludes that the charged offense is a "crime of violence," the charge still does not automatically authorize pretrial detention or a detention hearing under § 3142(f)(1)(A) of the Bail Reform Act. After listing three types of offenses—crimes of violence, violations of section 1591, and offenses listed in section 2332b(g)(5)(B)—the final clause of § 3142(f)(1)(A) reads, "for which a maximum term of imprisonment of 10 years or more is prescribed." 18 U.S.C. § 3142(f)(1)(A). A strict, textualist reading of this provision mandates that only those specified types of federal offenses with maximum penalties of at least 10 years authorize the possibility of pretrial detention. Because the statute criminalizing the communication of interstate threats does not allow for custodial sentences beyond five years, *see* 18 U.S.C. § 875(c), this condition of § 3142(f)(1)(A) is not met.

## IV.    Additional Evidence Bearing on Pretrial Release

Notwithstanding the defense's continued objection that pretrial detention and a detention hearing are not authorized in this case, in accordance with the Court's directive welcoming additional evidence bearing on pretrial release, Doc. 8, counsel will supply certain exhibits under seal. These exhibits, which consist of an excerpt of medical records and a drafted transcript of the involuntary commitment hearing held on May 28, 2026, in Shelby County Probate Court, buttress the evidence and arguments the defense previously offered at the hearing on June 2, 2026. With the

express permission of Ms. Joiner, the defense has also shared this excerpt of her medical records with the medical staff of the detention facility in which she is housed to assist the facility in returning Ms. Joiner to her prescribed medications.[3]

If the Court determines that pretrial detention is authorized but wishes to hear additional evidence or argument about release, counsel respectfully requests to be heard again on that issue.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/Mia Gettenberg**
MIA GETTENBERG
Assistant Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
Mia_Gettenberg@fd.org

---

[3] As proffered at the hearing on June 2, 2026, Ms. Joiner was discharged from the hospital without a supply or proof of her prescriptions. Counsel has since received and reviewed medical records noting her diagnoses and prescriptions and provided the same to the detention facility, with Ms. Joiner's approval—which also illustrates Ms. Joiner's voluntary amenability to treatment.

Page **14** of **15**

271

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system.

Respectfully submitted,

**/s/Mia Gettenberg**
MIA GETTENBERG
Assistant Federal Public Defender

Page **15** of **15**

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/alnd.1460417812.50986666.551771.json

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

273

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/alnd.1460517812.87080683.867868.json

## In the United States District Court
### For the Northern District of Alabama
### Southern Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 2:26-mj-00268-JHE |
| | ) | |
| Katherine Grace Joiner | ) | |

### Motion to File Exhibits Under Seal and Supplemental Proffer

Katherine Grace Joiner, through counsel, respectfully moves for leave to file under seal certain exhibits relevant to pretrial release. *See* Doc. 8. The proposed exhibits contain sensitive health information that the undersigned, in good faith, does not believe should be made part of the public docket in this matter.

In addition, counsel respectfully proffers the following based on the undersigned's independent review of Ms. Joiner's medical records: Throughout a 10-day stay at the Baptist Health Shelby Hospital, Ms. Joiner was compliant with her prescribed medications. By the end of her admission period, medical staff reported her being "very interactive" with others on the unit, "participating in group therapy [in a] very meaningful way with good motivation and focus," and "rating depression and anxiety as a 0/10 with nursing staff." The defense asks the Court to consider this proffer in conjunction with the other exhibits to be filed under seal.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/Mia Gettenberg**
MIA GETTENBERG
Assistant Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
Mia_Gettenberg@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system.

Respectfully submitted,

**/s/Mia Gettenberg**
MIA GETTENBERG
Assistant Federal Public Defender

Page **2** of **2**

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: William Lee Gilmer (lee.gilmer@usdoj.gov), Kevin L Butler
(alnfd_notice@fd.org), Phillip W. Williams Jr., US Attorney (caseview.ecf@usdoj.gov), US
Probation (alnpdb_cmecf@alnp.uscourts.gov), Mia Gettenberg (mia_gettenberg@fd.org), USM
(usms-aln-courts@usdoj.gov), Magistrate Judge John H England, III
(england_chambers@alnd.uscourts.gov, england_notices@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6488609@alnd.uscourts.gov
Subject:Activity in Case 2:26-mj-00268-JHE USA v. Joiner Order on Motion for Leave to File
```
Content−Type: text/html

## U.S. District Court

## Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 6/11/2026 at 4:47 PM CDT and filed on 6/11/2026

| | |
|---|---|
| **Case Name:** | USA v. Joiner |
| **Case Number:** | 2:26−mj−00268−JHE |
| **Filer:** | |
| **Document Number:** | 12(No document attached) |

**Docket Text:**
 **TEXT ORDER granting [11] Motion for Leave to File as to Katherine Grace Joiner (1). Signed by Magistrate Judge John H England, III on 6/11/2026. (KBB)**

**2:26−mj−00268−JHE−1 Notice has been electronically mailed to:**

Phillip W. Williams Jr., US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms−aln−courts@usdoj.gov

Kevin L Butler &nbsp &nbsp ALNFD_Notice@fd.org

Mia Gettenberg &nbsp &nbsp mia_gettenberg@fd.org

William Lee Gilmer &nbsp &nbsp lee.gilmer@usdoj.gov

**2:26−mj−00268−JHE−1 Notice has been delivered by other means to:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: 2:26-mj-268-JHE |
| | ) | |
| | ) | |
| KATHERINE GRACE JOINER | ) | |

## ORDER OF DETENTION PENDING TRIAL

This matter is before the Court on the Government's motion for detention under the Bail Reform Act, 18 U.S.C. § 3142. The defendant, Katherine Grace Joiner, is charged by complaint with transmitting threatening communications in interstate commerce, in violation of 18 U.S.C. § 875(c).

On June 2, 2023, the Court held a detention hearing and, at the request of the parties, ordered supplemental briefing on the threshold question whether a detention hearing is authorized under 18 U.S.C. § 3142(f). The Government contends that a detention hearing is authorized under § 3142(f)(1)(A) because the charged offense is a "crime of violence" as defined in 18 U.S.C. § 3156(a)(4). Joiner objects, arguing that § 875(c) is not categorically a crime of violence and that § 3142(f)(1)(A) does not apply because § 875(c) carries a maximum term of imprisonment of five years.

Having considered the evidence presented at the hearing, the Pretrial Services report, the parties' supplemental briefs, the sealed materials submitted by the defense, and the arguments of counsel, the Court concludes that the Government has established a statutory basis for a detention hearing and that detention is warranted.

First, the Court concludes that the phrase "for which a maximum term of imprisonment of 10 years or more is prescribed" in § 3142(f)(1)(A) modifies only the

immediately preceding category: "an offense listed in section 2332b(g)(5)(B)." It does not modify the separate "crime of violence" category. Accordingly, the fact that § 875(c) carries a five-year statutory maximum does not preclude a detention hearing if the offense otherwise qualifies as a crime of violence.

Second, the Court concludes that the charged offense qualifies as a crime of violence under § 3156(a)(4)(A). Section 875(c) criminalizes transmitting in interstate or foreign commerce a communication containing "any threat to kidnap any person or any threat to injure the person of another." The Court finds, for purposes of the Bail Reform Act, that § 875(c) is divisible between threats to kidnap and threats to injure. The complaint and supporting affidavit make clear that the offense charged here is based on an alleged threat to injure, specifically alleged threats involving a planned school shooting. A threat to injure the person of another has as an element the threatened use of physical force against the person of another and therefore falls within § 3156(a)(4)(A). The Court does not rely on, and need not decide, whether § 875(c) also qualifies under § 3156(a)(4)(B)'s residual clause.

The Court therefore finds that this case involves a crime of violence and that a detention hearing is authorized under § 3142(f)(1)(A).

The Court next considers the factors set forth in § 3142(g). The nature and circumstances of the charged offense weigh strongly in favor of detention. The charge involves alleged threats to commit a school shooting. The evidence presented at the hearing and summarized in the record includes statements and communications indicating that Joiner contemplated carrying out a mass shooting and then taking her

own life. The record also reflects alleged discussion of acquiring firearms, references to prior mass violence, and conduct suggesting escalating planning and intent.

The weight of the evidence, while the least important of the § 3142(g) factors and not a substitute for the presumption of innocence, also supports detention for purposes of the Bail Reform Act. The Government's evidence includes communications and statements attributed to Joiner, including statements bearing directly on the alleged threat and her intent.

The Court has also considered Joiner's history and characteristics, including the information submitted by the defense concerning her mental health, medical history, family support, proposed release plan, and potential conditions of supervision. The Court has considered whether conditions such as third-party custody, electronic monitoring, mental-health treatment, restrictions on internet or electronic-device use, no-contact provisions, firearm restrictions, and other supervision conditions would reasonably assure the safety of others and the community. On this record, the Court finds that they would not.

The Court is mindful that detention may not be ordered based on the seriousness of the charge alone. The Court also recognizes the defense's proposed release plan and the information submitted concerning treatment and support. But considering the totality of the record, including the nature of the alleged threats, the alleged planning, the discussion of firearms, the target of the alleged threatened conduct, and the concerns reflected in the medical and mental-health information before the Court, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

Accordingly, it is **ORDERED** that the Government's motion for detention is **GRANTED**. Joiner shall be **DETAINED** pending trial.

Joiner is committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Joiner must be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Joiner to the United States Marshal for the purpose of appearances in connection with this case.

**DONE** this 17th day of June 2026.

_____
**JOHN H. ENGLAND, III**
**UNITED STATES MAGISTRATE JUDGE**

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: William Lee Gilmer (lee.gilmer@usdoj.gov), Kevin L Butler
(alnfd_notice@fd.org), Phillip W. Williams Jr., US Attorney (caseview.ecf@usdoj.gov), US
Probation (alnpdb_cmecf@alnp.uscourts.gov), Mia Gettenberg (mia_gettenberg@fd.org), USM
(usms-aln-courts@usdoj.gov), Magistrate Judge John H England, III
(england_chambers@alnd.uscourts.gov, england_notices@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6493103@alnd.uscourts.gov
Subject:Activity in Case 2:26-mj-00268-JHE USA v. Joiner Order
Content-Type: text/html
```

## U.S. District Court

## Northern District of Alabama

### Notice of Electronic Filing

The following transaction was entered on 6/18/2026 at 9:22 AM CDT and filed on 6/18/2026

| | |
|---|---|
| **Case Name:** | USA v. Joiner |
| **Case Number:** | 2:26–mj–00268–JHE |
| **Filer:** | |
| **Document Number:** | 14(No document attached) |

**Docket Text:**
 **TEXT ORDER as to Katherine Joiner. On June 2, 2026, a preliminary hearing was held in this matter. After witness testimony concerning alleged threats to commit a school shooting. The evidence presented at the hearing included statements and communications indicating that Joiner contemplated carrying out a mass shooting and then taking her own life. The record also reflects alleged discussion of acquiring firearms, references to prior mass violence, and conduct suggesting escalating planning and intent. Based on this evidence, the undersigned made oral findings of fact and probable cause was found to support the charge in the criminal complaint. Signed by Magistrate Judge John H England, III on 6/17/2026. (MEB2)**

**2:26–mj–00268–JHE–1 Notice has been electronically mailed to:**

Phillip W. Williams Jr., US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms–aln–courts@usdoj.gov

Kevin L Butler &nbsp &nbsp ALNFD_Notice@fd.org

Mia Gettenberg &nbsp &nbsp mia_gettenberg@fd.org

William Lee Gilmer &nbsp &nbsp lee.gilmer@usdoj.gov

**2:26–mj–00268–JHE–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: William Lee Gilmer (lee.gilmer@usdoj.gov), Kevin L Butler
(alnfd_notice@fd.org), Phillip W. Williams Jr., US Attorney (caseview.ecf@usdoj.gov), US
Probation (alnpdb_cmecf@alnp.uscourts.gov), Mia Gettenberg (mia_gettenberg@fd.org), USM
(usms-aln-courts@usdoj.gov), Magistrate Judge John H England, III
(england_chambers@alnd.uscourts.gov, england_notices@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6500601@alnd.uscourts.gov
Subject:Activity in Case 2:26-mj-00268-JHE USA v. Joiner Commitment to Another District
Content-Type: text/html
```

## U.S. District Court

## Northern District of Alabama

### Notice of Electronic Filing

The following transaction was entered on 6/29/2026 at 9:09 AM CDT and filed on 6/29/2026

| | |
|---|---|
| **Case Name:** | USA v. Joiner |
| **Case Number:** | 2:26–mj–00268–JHE |
| **Filer:** | |
| **Document Number:** | 15(No document attached) |

**Docket Text:**
 **COMMITMENT TO ANOTHER DISTRICT as to Katherine Grace Joiner. Defendant committed to District of Northern District of Mississippi. Signed by Magistrate Judge John H England, III on 6/29/2026. (BST)**

**2:26–mj–00268–JHE–1 Notice has been electronically mailed to:**

Phillip W. Williams Jr., US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms–aln–courts@usdoj.gov

Kevin L Butler &nbsp &nbsp ALNFD_Notice@fd.org

Mia Gettenberg &nbsp &nbsp mia_gettenberg@fd.org

William Lee Gilmer &nbsp &nbsp lee.gilmer@usdoj.gov

**2:26–mj–00268–JHE–1 Notice has been delivered by other means to:**